



1  Robert B. Amidon, Esquire (State Bar No. 103865)
   **ROBERT B. AMIDON, A LAW CORPORATION**
2  2550 No. Hollywood Way, Suite 502
   Burbank, California 91505-1055
3  (818) 558-4444

4  David L. Bernstein, Esquire (State Bar No. 183502)
   11012 Ventura Blvd., # 350
5  Studio City, CA 91604

6  As Advisory Counsel to Petitioner

7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE E. LISKER<br><br>Petitioner,<br><br>vs.<br><br>MICHAEL KNOWLES, Warden,<br><br>Defendant. | CASE NO. CV 04-02687 VAP (RZx)<br><br>MOTION TO AMEND PETITION;<br>Fed.R.Civ.Pro. 15 (a);<br>POINTS AND AUTHORITIES |

TO THE HONORABLE COURT AND TO INTERESTED PARTIES:

Petitioner, Bruce E. Lisker, respectfully moves this Court to amend his pending petition for writ of *habeas corpus* by deleting claim three.

### POINTS AND AUTHORITIES

Fed.R.Civ.Pro.15(a) provides: "A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served." Rule 15(a) applies to *habeas corpus* petitions. *James v. Pliler*, 269 F.3d 1124, 1126 (9th Cir. 2001). In *habeas corpus* cases, the amendment procedure is particularly appropriate to delete unexhausted claims and thereby prevent dismissal under *Rose v. Lundy*, 455 U.S. 509, 510 [71 L.Ed.2d 379, 102 S.Ct. 1198 (1982).

In the present case, claim three is both unexhausted and incognizable as a stand-alone claim for federal *habeas corpus* relief, at least in non-capital cases. For these reasons,

1  petitioner moves to amend his petition by deleting claim three relating to his factual innocence.

2  Dated: May 4, 2004.                Respectfully submitted,

3                                     ROBERT B. AMIDON, A LAW CORPORATION
                                      DAVID L. BERNSTEIN, ESQ.

6                                     By: _____
                                      Robert B. Amidon, Esq.
                                      Advisory Attorneys for Petitioner

**PROOF OF SERVICE**
(Pursuant to CCP §1013A)

STATE OF CALIFORNIA     )
                        ) ss.
COUNTY OF LOS ANGELES   )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 2550 No. Hollywood Way, Suite 502, Burbank, California 91505-1055.

On May 4, 2004, I served the foregoing documents described as: MOTION TO AMEND PETITION; Fed.R.Civ.Pro. 15 (a); POINTS AND AUTHORITIES on the following person(s):

| Attorney General<br>300 S. Spring St.<br>Los Angeles, CA 90013 | Michael Knowles, Warden<br>4001 Hwy, 104<br>P.O. Box 409099<br>Ione, CA 95640 |
|---|---|

By the following applicable method(s) of service:

A.  XX   By Mail, Courier or Personal Service:
         BY PLACING [ ] ____ the original, [XXX] true and correct copy thereof in sealed envelopes and thereby serving said document upon the above-entitled persons as follows:
         [XX] BY MAIL. I deposited such envelope in the mail at Burbank, California. The envelope was mailed with postage thereon fully prepaid TO MIKE KNOWLES, WARDEN.
         [XX] BY COURIER. I caused to be deposited such envelope with PERSONAL ATTORNEY SERVICE for personal delivery TO THE ATTORNEY GENERAL.
         [__] BY PERSONAL SERVICE. I caused such envelope to be personally served by hand to the offices of the addressee.

B.  ___  By Facsimile Transmission:
    [ ] BY TELECOPY FACSIMILE. I caused such service to be effected by faxing said document on and at approximately _____

 X   STATE
___  FEDERAL

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was effected. Executed on May 4, 2004, at Burbank, California.

_____
Blanca E. Parks

**PROOF OF SERVICE**