```
 1  BILL LOCKYER
    Attorney General of the State of California
 2  ROBERT R. ANDERSON
    Chief Assistant Attorney General
 3  PAMELA C. HAMANAKA
    Senior Assistant Attorney General
 4  KRISTOFER JORSTAD
    Supervising Deputy Attorney General
 5  ROBERT D. BRETON
    Deputy Attorney General
 6  JOHN YANG
    Deputy Attorney General
 7  State Bar No. 192938
      300 South Spring Street
 8    Los Angeles, CA 90013
      Telephone: (213) 897-2282
 9    Fax: (213) 897-6496
      Email: DocketingLAAWT@doj.ca.gov
10  Attorneys for Respondent
```

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| BRUCE E. LISKER, | CV 04-02687-VAP(RZ) |
|---|---|
| Petitioner, | [~~PROPOSED~~] ORDER |
| v. | U.S. Magistrate Judge |
| MICHAEL KNOWLES, Warden, | Hon. Ralph Zarefsky |
| Respondent. | Priority ___<br>Send  X<br>Enter ___<br>Closed ___<br>JS-5/JS-6 ___<br>JS-2/JS-3 ___<br>Scan Only ___ |

IT IS ORDERED that Respondent's Witness List be amended to include Rubin Sanchez.

Presented by: _____
JOHN YANG
Deputy Attorney General

DATED: 11/19/05  _____
Ralph Zarefsky
U.S. Magistrate Judge

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name: **Bruce E. Lisker v. Michael Knowles, Warden**
Case No.: **CV 04-02687-VAP (RZ)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On October 7, 2005, I served the attached

### [PROPOSED] ORDER

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 300 South Spring Street, Los Angeles, California 90013, addressed as follows:

**William J. Genego, Esq.
2115 Main Street
Santa Monica, CA 90405**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on October 7, 2005, at Los Angeles, California.

| Maria Lasso | _Maria Lasso_ |
|---|---|
| Declarant | Signature |

John Yang
LA2004FH0213