1

2                          UNITED STATES DISTRICT COURT

3                          CENTRAL DISTRICT OF CALIFORNIA
                                    WESTERN DIVISION
4


5
     BRUCE E. LISKER,                    )
6                                        )
               PETITIONER,               )
7                                        )
               VS.                       )   CASE NO. CV 04-2687-VAP(RZ)
8                                        )
                                         )
9    MICHAEL KNOWLES, WARDEN;            )   LOS ANGELES, CALIFORNIA
                                         )   NOVEMBER 27, 2006
10                                       )   (11:00 A.M. TO 11:02 A.M.)
               RESPONDENT.               )
11   _____)

12                              PARTIAL TRANSCRIPT

13                    BEFORE THE HONORABLE RALPH ZAREFSKY
                         UNITED STATES MAGISTRATE JUDGE
14


15


16

17   APPEARANCES:              SEE NEXT PAGE

18   COURT REPORTER:           RECORDED; TAPE

19   COURTROOM DEPUTY:         ILENE BERNAL

20   TRANSCRIBER:              DOROTHY BABYKIN
                               COURTHOUSE SERVICES
21                             1218 VALEBROOK PLACE
                               GLENDORA, CALIFORNIA  91740
22                             (626) 963-0566

23


24

25   PROCEEDINGS RECORDED BY ELECTRONIC SOUND RECORDING;
     TRANSCRIPT PRODUCED BY TRANSCRIPTION SERVICE.

```
 1   APPEARANCES:  (CONTINUED)
     FOR THE PETITIONER:      NASATIR HIRSCH PODBERESKY & GENEGO
 2                            BY:  VICKI I. PODBERESKY
                                   WILLIAM J. GENEGO
 3                                 ATTORNEYS AT LAW
                              2115 MAIN STREET
 4                            SANTA MONICA, CALIFORNIA  90405

 5   FOR THE RESPONDENT:      OFFICE OF ATTORNEY GENERAL
                                OF CALIFORNIA
 6                            BY:  ROBERT D. BRETON
                                   JOHN YANG
 7                            DEPUTY ATTORNEY GENERALS
                              300 SOUTH SPRING STREET
 8                            SUITE 5000
                              LOS ANGELES, CALIFORNIA  90013
 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1
                              I N D E X
2      CASE NO. CV 04-2687-VAP(RZ)                NOVEMBER 27, 2006

3      PROCEEDINGS:   PETITIONER'S MOTION TO FILE 2ND AMENDED
                      PETITION AND FOR RULING THAT FURTHER EXHAUSTION
4                     IS NOT REQUIRED. (PARTIAL TRANSCRIPT.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1          LOS ANGELES, CALIFORNIA; NOVEMBER 26, 2006; 11:30 A.M.

2              (PARTIAL TRANSCRIPT.)

3          MR. BRETON:  WE DO NOT THINK THAT IT IS, AS STATED

4      OVER AND OVER, THAT THE MISCARRIAGE OF JUSTICE EXCEPTION IS

5      SO EXTRAORDINARY THAT IT WOULD BE AN EXERCISE IN FUTILITY FOR

6      HIM TO RETURN.

7              WE SUGGEST TO THIS COURT THAT THIS COURT MAY NEVER

8      SEE THIS CASE AGAIN, THAT THIS MAY GO TO THE STATE COURTS,

9      AND IT CAN BE RESOLVED THERE ON THE MERITS.

10             WE DON'T KNOW WHAT THE STATE COURTS ARE GOING TO

11     DO.  WE CAN'T REPRESENT TO THIS COURT WHAT THEY'RE GOING TO

12     DO.

13             BUT IT IS NOT AN EXERCISE IN FUTILITY.  WE HAVE NEW

14     EVIDENCE.  WE HAVE -- THERE'S A FREESTANDING CLAIM OF ACTUAL

15     INNOCENCE.  A LOT OF EVIDENCE HAS BEEN DEVELOPED HERE.

16             ALL OF THAT WILL BE PRESENTED TO THE STATE COURTS.

17     AND THEY WILL HAVE THAT OPPORTUNITY -- EITHER TO ISSUE AN

18     ORDER TO SHOW CAUSE, TO HOLD A HEARING, TO MAKE A RULING.

19     IT IS NOT BEYOND THE REALM OF POSSIBILITY.

20             "IT IS NOT CLEAR" -- AS IS STATED IN TOLSEN:

21             "IT IS NOT CLEAR.  IT IS STILL POSSIBLE

22             THAT A STATE COURT MAY APPLY THE MISCARRIAGE

23             OF JUSTICE EXCEPTION TO PROVIDE RELIEF FROM

24             THE DEFAULT."

25             AND AS STATED, WE WOULD -- WE NOTE THAT COUNSEL FOR

1    PETITIONER IN HIS OPPOSITION TO OUR APPLICATION FOR AN ORDER

2    CERTIFYING INTERLOCUTORY APPEAL ON THE LEGAL ISSUE HAS

3    INDICATED THAT THIS WILL BE A -- THAT THIS COURT CAN MOVE

4    EXPEDITIOUSLY ON THE MERITS OF THE UNDERLYING CLAIMS.

5         BECAUSE HE'S WILLING TO SUBMIT THE ENTIRE MATTER ON

6    THE PLEADINGS AND ON THE PRESENT STATUS OF THE EVIDENCE, THE

7    EVIDENCE THAT WAS PRESENTED AT THE ACTUAL INNOCENCE HEARING.

8    AND THAT THERE'S NO NEED FOR FURTHER HEARINGS ON THE MATTER,

9    EVEN ON THE IAC CLAIM.  BUT AT THE SAME TIME WANTS TO ADD --

10   TO MELD IN TWO NEW CLAIMS AND PRESUMES THAT THOSE CLAIMS CAN

11   ALSO BE DECIDED ON THE EVIDENCE THAT HAS ALREADY BEEN

12   PRESENTED TO THIS COURT.

13        BUT IT IS -- WE THINK IT'S SOMEWHAT DISINGENUOUS TO

14   ARGUE ON THE ONE HAND THAT THIS CAN PROCEED VERY FAST ON A

15   VERY FAST TRACK IF IT STAYS HERE IN THIS COURT.  BUT, THEN,

16   WE WANT TO ADD TWO NEW CLAIMS THAT WE'VE NEVER GIVEN THE

17   STATE COURTS THE OPPORTUNITY TO ADDRESS.

18        AND THERE ARE CERTAINLY -- IT IS CERTAINLY AN

19   INSULT TO THE STATE OF CALIFORNIA TO CLAIM THAT THE STATE

20   COURTS ARE GOING TO GIVE SHORT SHRIFT AND A BLIND EYE AND

21   SHRUG OFF CLAIMS OF FALSE EVIDENCE OR CLAIMS OF PERJURY -- OR

22   KNOWING PRESENTATION OF PERJURY AND CLAIMS OF ACTUAL

23   INNOCENCE.

24        THE STATE COURTS DESERVE THAT OPPORTUNITY.  AND THE

25   EXCEPTION HERE IS ONE THAT IS WAITING TO BE APPLIED SO AS TO

1    PERMIT HIM TO OBTAIN A RULING ON THOSE CLAIMS.

2                THE COURT:  ALL RIGHT.  THANK YOU.

3                MR. BRETON:  THANK YOU, YOUR HONOR.

4                (CONCLUSION OF PARTIAL REMARKS OF MR. BRETON.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3                          C E R T I F I C A T E

4

5              I CERTIFY THAT THE FOREGOING IS A CORRECT

6       TRANSCRIPT FROM THE ELECTRONIC SOUND RECORDING OF THE

7       PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

8

9

10      DOROTHY BABYKIN                          AUGUST 14, 2008

11      _____         _____

12      FEDERALLY CERTIFIED TRANSCRIBER          DATED

13      DOROTHY BABYKIN

14

15

16

17

18

19

20

21

22

23

24

25