William J. Genego (Calif. Bar No. 103224)
Email:   wgenego@gmail.com
Vicki I. Podberesky (Calif. Bar No. 123220)
Email:   Vip60@aol.com
Nasatir, Hirsch, Podberesky & Genego
2115 Main Street
Santa Monica, California 90405
Telephone:    310-399-3259
Telecopier:   310-392-8260

Attorneys for Petitioner
Bruce Lisker

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE E. LISKER, | **Case No. CV 04-02687-VAP(RZ)** |
| Petitioner, | |
| vs. | PETITIONER'S WITNESS LIST |
| MICHAEL KNOWLES, | Date:    October 14, 2008 |
| Warden | Time:    10:O0 a.m. |
| Respondent. | Place:   Courtroom #540 |

    The Court's order granting Respondent's motion for an evidentiary hearing specifies that at the hearing the parties shall present "evidence on the nature and extent of defense counsel's investigation of a third-party culpability defense and on counsel's justification for, or the reasonableness of, the scope of his investigation."  Doc 185 (Order Setting Evidentiary Hearing).  It is Petitioner's understanding that Respondent intends to call and present testimony from Petitioner's trial counsel, Dennis Mulcahy, on the issues specified by the Court's order.

1    Petitioner presently does not intend to call any witnesses
2 to present direct testimony as to "the nature and extent of
3 defense counsel's investigation of a third-party culpability
4 defense" or as to "counsel's justification for . . . the scope of
5 his investigation," and thus he has no witnesses to list for the
6 October 14, 2008 hearing.  Doc 185.
7    Depending on trial counsel's testimony, however, Petitioner
8 may have evidence to present through witness testimony, including
9 expert testimony, as to "the reasonableness of[] the scope of
10 [counsel's] investigation" and his "justification for" the scope
11 of his investigation.  Similarly, depending on trial counsel's
12 testimony, Petitioner may have impeachment or rebuttal evidence
13 to present through witness testimony.
14    Petitioner has no information as to trial counsel's expected
15 testimony as to the above issues, and thus has no means of
16 determining at this time whether or what such evidence might be
17 or the witnesses he would call to present it.  Accordingly,
18 Petitioner respectfully reserves the designation of such
19 witnesses until after trial counsel has testified.
20    Counsel for Respondent has no objection to this request.
21 Dated: September 30, 2008
22                          Respectfully submitted,
23                          Nasatir, Hirsch, Podberesky & Genego
24
                                  /s/
25                     By: William J. Genego, Esq.
26
                                  /s/
27                     By: Vicki I. Podberesky, Esq.
28                          Counsel for Petitioner Bruce Lisker