EDMUND G. BROWN JR., Attorney General
of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
PAMELA C. HAMANAKA
Senior Assistant Attorney General
KRISTOFER JORSTAD
Supervising Deputy Attorney General
JOHN YANG
Deputy Attorney General
ROBERT DAVID BRETON
Deputy Attorney General
State Bar No. 73686
 300 South Spring St., Ste. 500 No.
 Los Angeles, CA 90013
 Telephone: (213) 897-2279
 Facsimile: (213) 897-6496
 E-mail: DocketingLAAWT@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRUCE E. LISKER,**<br><br>                              Petitioner,<br><br>    v.<br><br>**MICHAEL KNOWLES, Warden,**<br><br>                              Respondent. | CV 04-02687 VAP(RZ)<br><br>**RESPONDENT'S WITNESS LIST (Local Rule 16-5)**<br><br>Date: October 14, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom #540 |

Pursuant to this Court's minute order dated September 9, 2008, and pursuant to Local Rule 16-5 and Rule 26(a)(3)(A) and (B) of the Federal Rules of Civil Procedure, Respondent hereby files this Witness List of witnesses whom Respondent intends to call at the evidentiary hearing or whom Respondent may call if needed for rebuttal or impeachment. Counsel for Respondent have disclosed this information to counsel for Petitioner in compliance with Local Rule 16-2.4.

//

//

## INTRODUCTION

An evidentiary hearing has been set for Tuesday, October 14, 2008, at 10:00 a.m. Counsel for both parties have met and conferred regarding the matters listed in Local Rule 16-2.3 and 16-2.4. Because it is not known exactly what the only witness, Dennis Mulcahy (Petitioner's trial counsel), will state when he testifies at the hearing, Respondent may need to present additional evidence through witness testimony and respectfully reserves the right to

amend the witness list with the Court's permission and to designate additional witnesses as may be deemed necessary to address the specific question presented.

## WITNESS LIST
### (L.R. 16-5)

The Honorable Dennis Mulcahy, Commissioner; Dept. 114; Seventh Floor; 14400 Erwin Street Mall (Van Nuys Courthouse); 91401.

Dated: October 1, 2008.

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

PAMELA C. HAMANAKA
Senior Assistant Attorney General

KRISTOFER JORSTAD
Supervising Deputy Attorney General

JOHN YANG
Deputy Attorney General

**/s/ Robert David Breton**
ROBERT DAVID BRETON
Deputy Attorney General
Attorneys for Respondent

RDB:lh
LA2004FH0213

Lisker - Witness List2.wpd