EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
PAMELA C. HAMANAKA
Senior Assistant Attorney General
KRISTOFER JORSTAD
Deputy Attorney General
JOHN YANG
Deputy Attorney General
ROBERT DAVID BRETON
Deputy Attorney General
State Bar No. 73686
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013
  Telephone: (213) 897-2279
  Fax: (213) 897-6496
  Email:  DocketingLAAWT@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE E. LISKER, <br><br>                                  Petitioner, <br><br> v. <br><br> MICHAEL KNOWLES, Warden, <br><br>                                  Respondent. | CV-04-02687-VAP(RZ) <br><br> **JOINT EXHIBIT LIST FOR EVIDENTIARY HEARING** <br><br> Date: Oct. 14, 2008 <br> Time: 10:00 a.m. <br> Courtroom: No. 540 <br> Judge: Honorable Ralph Zarefsky |

EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
PAMELA C. HAMANAKA
Senior Assistant Attorney General
KRISTOFER JORSTAD
Deputy Attorney General
JOHN YANG
Deputy Attorney General
ROBERT DAVID BRETON
Deputy Attorney General
State Bar No. 73686
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013
 Telephone: (213) 897-2279
 Fax: (213) 897-6496
 Email: DocketingLAAWT@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRUCE E. LISKER,**<br><br>Petitioner,<br><br>v.<br><br>**MICHAEL KNOWLES, Warden,**<br><br>Respondent. | CV-04-02687-VAP(RZ)<br><br>**JOINT EXHIBIT LIST FOR EVIDENTIARY HEARING**<br><br>Date: Oct. 14, 2008<br>Time: 10:00 a.m.<br>Courtroom: No. 540<br>Judge: Honorable Ralph Zarefsky |

This Court has granted Respondent's motion for an evidentiary hearing to address the merits of Petitioner's claim that the received ineffective assistance of counsel at trial. The Court has stated that "[a]ll exhibits shall be numbered sequentially to those submitted at the prior hearing." For the convenience of the Court and of both parties, to avoid confusion, and to permit counsel to quickly retrieve and refer to the previous exhibits for the purpose of questioning the witness or refreshing his recollection, counsel for both parties have agreed to submit the prior joint exhibit list as the exhibit list for this evidentiary hearing, with only one exhibit

to be added thereto, to wit, the transcript of Petitioner's parole hearing conducted March 22, 2007, which transcript was attached to Respondent's Opposition to Petitioner's Motion for Bail in this case.

Therefore, Respondent, by counsel and pursuant to Local Rule 16-6.1, submits for filing the following Joint Exhibit List for the evidentiary hearing scheduled for October 14, 2008.

Dated: October 1, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

PAMELA C. HAMANAKA
Senior Assistant Attorney General

KRISTOFER JORSTAD
Deputy Attorney General

JOHN YANG
Deputy Attorney General

/s/ Robert David Breton

ROBERT DAVID BRETON
Deputy Attorney General

Attorneys for Respondent

LA2004FH0213
Lisker - Joint Exhibit List.wpd

2

# JOINT EXHIBIT LIST

| Exhibit Number | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1 | Letter of LAPD Det Andrew Monsue dated 11/91 to Board of Prison Terms | | |
| 2 | Letter of LAPD Det Andrew Monsue dated 4/7/98 to Board of Prison Terms | | |
| 3 | Declaration of Morton Borenstein dated 1/12/01 | | |
| 4 | Sgt. James Gavin's Internal Affairs Presentation | | |
| 5 | LAPD Complaint of Employee Misconduct by Bruce Lisker dated 6/9/03 | | |
| 6 | Analyzed Evid Report dated 1/16/04 by LAPD Criminalist Ronald Raquel and attached Trace Unit Analysis Request with photographs, DR CF 032439 (15 pages total) | | |
| 7 | Letter of LAPD Captain James A. Rubert dated 7/7/04 to Bruce Lisker | | |
| 8 | Letter of Paul Ingels dated 9/22/04 to James Bratton, Chief of Police | | |
| 9 | [Exhibit Withdrawn] | | |
| 10 | [Exhibit Withdrawn] | | |
| 11 | Follow-Up Report by LAPD Det Lambkin, 3-5-05, DR 83-490487 | | |
| 12 | Analyzed Evid Report dated 4/20/05 by LAPD Criminalist Ronald Raquel and attached Trace Unit Analysis Request with photographs, DR 83-490487 (20 pages total) | | |
| 13 | Letter of Chief William Bratton dated June 23, 2005, re Detective Monsue's April 7, 1998 letter | | |
| 14 | Dorka Lisker Shoeprint Evidence excerpts with photos | | |
| 15A | FBI Report dated 7/21/05 to Sue Brockbank, LAPD Scientific | | |

| | | |
|---|---|---|
| 1 | | Investigation Division |
| 2 | 15B | FBI Report dated 10/31/05 to Sue Brockbank, LAPD Scientific Investigation Division |
| 3 | | |
| 4 | 16 | crime scene photographs |
| 5 | 17 | [Exhibit Withdrawn] |
| 6 | 18 | NOAA report for 3/10/83 and for 3/23/83 |
| 7 | 19 | Sky Cover & Visibility, 3/10/83 and 3/23/83 |
| 8 | | |
| 9 | 20 | photographs of reconstructed crime scene view from outside through dining room looking north |
| 10 | | |
| 11 | 21* | *Custodian of Evidence records reflecting recovery of money from purse of Dorka Lisker |
| 12 | | |
| 13 | 22* | *Reporter's Transcript of preliminary hearing testimony of LAFD Paramedic Jay Lovato, dated 10/5/83, PHRT 102-106 |
| 14 | | |
| 15 | 23 | [Exhibit Withdrawn] |
| 16 | 24* | [Exhibit Withdrawn] |
| 17 | 24A | [Exhibit Withdrawn] |
| 18 | 25* | [Exhibit Withdrawn] |
| 19 | | |
| 20 | 26 | Transcript of Trial Testimony of Ron Linhart |
| 21 | 27* | [Exhibit Withdrawn] |
| 22 | 28* | *transcript of 4/4/83 oral order directing Bruce Lisker be held at juvenile facility |
| 23 | | |
| 24 | 29* | *minute order of 4/4/83 re custody of Bruce Lisker at juvenile hall |
| 25 | | |
| 26 | 30* | *Initial & Follow-Up Police Reports, prior to 7/83 |
| 27 | 31* | [Exhibit Withdrawn] |
| 28 | | |

| | | |
|---|---|---|
| 1 | 32* | [Exhibit Withdrawn] |
| 2 | 33 | photographs of hole in wall between cells 7024 & 7025, 4-22-83 |
| 3 | | |
| 4 | 34 | Testimony of Robert Hughes, People v. Milberger |
| 5 | 35 | Handwritten Letter of Robert Hughes dated 9/30/97 |
| 6 | | |
| 7 | 36 | Robert Hughes bankruptcy documents |
| 8 | 37* | *transcript of interview of Robert Hughes by LAPD Det Andrew Monsue, dated 7/6/83 |
| 9 | | |
| 10 | 38 | Report of Grand Jury into Jail House Informants |
| 11 | 39 | Declaration of Linda Cleland, dated February 7, 2002 |
| 12 | | |
| 13 | 40 | telephone bill 213-789-2535, dated April 2, 1983 consisting of a total of six pages |
| 14 | | |
| 15 | 41 | LAPD Office Memorandum with date of 3-14-83 |
| 16 | 42* | *letter of Bruce Lisker to LAPD Detective Andrew Monsue, dated 3/30/83 |
| 17 | | |
| 18 | 43* | *notes of LAPD Andrew Monsue's i/v of Bruce Lisker on 4/1/83 |
| 19 | | |
| 20 | 44* | *LAPD Landgren's report of statement made by Michael Ryan to Detective Langford, dated 4-19-83 |
| 21 | | |
| 22 | 45 | Memorandum Report of Harrison County Sheriff's Dept, by J.W. Langford of interview of Michael Ryan on 4/18/93 and transmittal letter of 4/21/83 |
| 23 | | |
| 24 | | |
| 25 | 46 | Chron entry for 4-19-83, Murder Book re Hollywood Tropicana, 5200 Hollywood Blvd, check in time of 1500 hrs |
| 26 | | |
| 27 | | |
| 28 | 47 | Registration for Mark Smith (aka Michael Ryan) with date of 3-10 |

| | | |
|---|---|---|
| 1 | 48 | transcript of interview of Michael Ryan by LAPD Det Andrew Monsue, 5/4/83 |
| 2 | | |
| 3 | 49 | Felony Complaint, People v. John Michael Ryan, No. CR 17527, filed 5/20/82, Ventura County |
| 4 | | |
| 5 | 50 | Preliminary Hearing Transcript, People v. John Michael Ryan, No. CR 17527, 6/2/82, Ventura County |
| 6 | | |
| 7 | 51 | Crime Report & Supplemental Reports, Ventura County Sheriff's Dept., Case No. 82-07410 |
| 8 | | |
| 9 | 52 | Complaint, People v. Michael Ryan, case no. 901461 |
| 10 | | |
| 11 | 53 | Reporter's transcript of plea, People v. Michael Ryan, No. 120255, 8/7/86 |
| 12 | 54 | Probation Officer's Report, Michael Ryan, dated 8/14/86 |
| 13 | | |
| 14 | 55 | Declaration of Shirley Glade, dated 12/12/02 |
| 15 | 56* | [Withdrawn] |
| 16 | 57* | *Declaration of John Michael Ryan, Sr., 5/16/00 |
| 17 | | |
| 18 | 58* | *Death certificate of John Michael Ryan, Jr. |
| 19 | 59 | Police report re John Michael Ryan, 8/14/93 |
| 20 | | |
| 21 | 60* | *Bruce Lisker's post-trial disavowal of plea in Probation Report prepared for sentencing |
| 22 | | |
| 23 | 61* | *Bruce Lisker statement to Parole Board retracting and explaining prior admissions |
| 24 | | |
| 25 | 62* | *Declaration of Joyce Lisker, dated 1-29-98 |
| 26 | 63 | Diagram of crime scene by surveyor, Howard Huckman |
| 27 | 64 | Crime Scene Photographs (no. 1-112) |
| 28 | | |

6

| | | |
|---|---|---|
| 1 | 65 | Photographs of Bruce Lisker's shoes |
| 2 | 66 | Photographs of shoe print in the bathroom |
| 3 | | |
| 4 | 67 | Photographs of Shoe prints in dirt area of corridor outside the Lisker residence |
| 5 | | |
| 6 | 68 | Photographs of shoe prints on porch of the Lisker residence |
| 7 | | |
| 8 | 69 | Photographs of Bruce Lisker's clothing, i.e. flannel shirt, T-shirt, corduroy pants |
| 9 | | |
| 10 | 71 | All autopsy photographs from Coroner's office, Coroner's Number 83-3174 |
| 11 | | |
| 12 | 72 | Original Autopsy Report, Coroner's Number 83-3174 |
| 13 | | |
| 14 | 73 | Supplemental Autopsy Report by Dr. Golden prepared on 11/26/84 |
| 15 | 74 | Photographs of crime scene take on 03/23/83 by Mike Wilson |
| 16 | | |
| 17 | 75 | Tape of Lisa Randal Interview conducted by Police Detectives Corbin Rheault and Mitzi Roberts |
| 18 | | |
| 19 | 76 | Transcript of the tape of Lisa Randal interview |
| 20 | 77 | All evidence collection and analysis reports by Doreen Hudson(formerly Doreen Musick), taken from section 6 of the murder book |
| 21 | | |
| 22 | | |
| 23 | 78 | Fingerprint report, generated September, 2005, identifying last of the unidentified fingerprint. Report by Rubin Sanchez (E8822) |
| 24 | | |
| 25 | 79 | Borenstein interview by Sgt. Gavin |
| 26 | 80 | Police chronological record from the Murder Book |
| 27 | | |
| 28 | 81 | Police detective's 03/23/83 written notes of interview with Linda Clelland |

| | | |
|---|---|---|
| 1 | | from Murder Book |
| 2 | 82 | 03/13/83 Follow-up invest. report by Monsue and Landren |
| 3 | | |
| 4 | 83 | Tape of interview with Jack Okun; interview conducted by Police Detective Paula Chavez and Deputy Atty. General John Yang |
| 5 | | |
| 6 | 84 | Transcript of interview with Jack Okun |
| 7 | | |
| 8 | 85 | FBI's supplemental report re: footprints and impression on back of the victim's head |
| 9 | | |
| 10 | 86 | LAPD Murder Book |
| 11 | 87 | All photographs taken by Mike Wilson in conjunction with this case, as contained in five compact discs turned over by the State to petitioner's counsel |
| 12 | | |
| 13 | | |
| 14 | 88 | All transcripts of the first trial that was aborted |
| 15 | 89 | All preliminary hearing transcripts |
| 16 | 90 | All transcripts of the second trial |
| 17 | 91 | All Clerk's transcripts in the case |
| 18 | 92 | All transcripts of pre-trial hearings |
| 19 | 93 | All transcripts of the guilty plea |
| 20 | 94 | All transcripts of the sentencing |
| 21 | 95 | All exhibits introduced at trial |
| 22 | 96 | Psychiatric report by Dr. Richard LeGassick on 03/11/85, and evaluations of staff and consulting psychologists and counselors at California Youth Authority in preparation for diagnostic evaluation, 1985. |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | 97 | Transcript and tape of 911 call on March 10, 1983 |
| 27 | | |
| 28 | 98 | Transcript and tape of polygraph examination conducted on March 10, |


| | | |
|---|---|---|
| | | 1983 |
| | 99 | Transcripts and tapes of Robert Hughes' interviews with Detective Monsue in 1983 |
| | 100 | Probation Report prepared following the guilty plea |
| | 101 | Reports of staff psychologist and correctional counselors at San Quentin and Mule Creek State Prison prepared for parole board consideration in 1991, 1992, 1993, 1996, 1999, 2001 and 2003 |
| | 102 | Petitioner's Olsen Review waivers in prison packet |
| | 103 | Psychiatric report prepared for parole board review |
| | 104 | Transcripts of parole board hearings in 1992, 1993, 1996, 1999, 2001 and 2003 |
| | 105 | [Exhibit Withdrawn] |
| | 106 | Reports on Petitioner's transfers in Youth Training School and CDC |
| | 107 | Declaration of Linda Cleland dated 11/16/05 |
| | 108 | Declaration of Brenda J. Wilson, dated 11/16/05 |
| | 109 | Declaration of Alred Soltes dated 11/18/05 |
| | 150 | Six volume transcript of the interview of Bruce Lisker by Sgt. Gavin on 11/10/03 and 12/2/03 |
| | 151 | Transcript of Petitioner's Board of Parole Hearing on March 22, 2007 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*