## LIST OF EXHIBITS AND WITNESSES

| Case Number | CV 04-02687-VAP(RZ) | | Title | BRUCE LISKER v. MICHAEL KNOWLES, WARDEN |
|---|---|---|---|---|
| Judge | MAGISTRATE JUDGE RALPH ZAREFSKY | | | *FILED* CLERK, U.S. DISTRICT COURT OCT 31 2008 CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY |
| Dates of Trial or Hearing | EVIDENTIARY HEARING: 10/31/08 | | | |
| Court Reporters or Tape No. | WALTER LEDGE | | | |
| Deputy Clerks | ILENE BERNAL | | | |

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| RICHARD HIRSCH | ROBERT D. BRETON, DAG |
| WILLIAM GENEGO | JOHN YANG, DAG |
| VICKI I. PODBERESKY | KRISTOFER JORSTAD, DAG |
| | |
| | |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | OCT 31 2008 | | | | OCT 31 2008 | |
| | | | | | | DENNIS HULCAHY | △ |
| | | | 158 | 10/31/08 | | | |
| 158 | 10/31/08 | 10/31/08 | | | | letter by Dennis Mulcahy dated 3/17/99 | |
| | | | 157 | 10/31/08 | 10/31/08 | Transcript of Peter's Board of Parole Htg 3/22/07 | |
| | | | | | | SUE SARKIS | P |
| | | | | | | DENNIS MULCAHY (RECALLED) | △ |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

LIST OF EXHIBITS AND WITNESSES

| Case Number | CV 04-02687-VAP(RZ) | Title | BRUCE E. Lisker v. Michael Knowles, WARDEN |
|---|---|---|---|

| Judge | MAGISTRATE JUDGE RALPH ZAREFSKY |
|---|---|
| Dates of Trial or Hearing | EVIDENTIARY HRG: 12/1/05, 12/2, 12/5, 12/6, 12/7, 12/8, 12/9 |
| Court Reporters or Tape No. | Deborah Gackle: 12/1/05, 12/2, 12/5, 12/7, 12/8, 12/9  Maria Bustillos: 12/6 AM  Roselyn Adams: 12/6 PM |
| Deputy Clerks | Ilene Bernal |

FILED
CLERK, U.S. DISTRICT COURT
DEC - 9 2005
CENTRAL DISTRICT OF CALIFORNIA
BY____ DEPUTY

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Richard Hirsch | John Yang, DAG |
| Vicki I. Podberesky | Robert D. Breton, DAG |
| William Genego | Kristofer Jorstad, DAG |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev. | DEC - 1 2005 | DEC - 1 2005 |
| | | | | | | Phil RABICHOW | Petnr |
| | | | | | | FRANK TERRIO | Petnr |
| | | | | | | Kenneth M. Clark | Petnr |
| 18-A | 12/1 | 12/1 | | | | Sattelite Photos | |
| | | | | | | Ronald John Raguel | Petnr |
| | | | | DEC - 2 2005 | | " " " (continues) | DEC - 2 2005 |
| | | | | | | Morton Borenstein | Petnr |
| | | | | | | Michael James Wilson | Resp |
| | | | | | | Albert James Gavin | Petnr |
| 151 | 12/2 | | | | | Transcript of Michael Dowto | |
| 13b | 12/2 | | | | | Letter (6-23-05) Bratton to Gavin | (w/n) |
| | | | 152 | 12/2 | | Power Point Presentation (withdrawn) | |
| | | | | DEC - 5 2005 | | | DEC - 5 2005 |
| | | | | | | Greg De Roussean | Resp |
| | | | | | | George PRADO | Resp |
| | | | | | | Ronald R. Linhart | Resp |
| | | | | | | Phil Rabichow (Recalled) | Resp |
| | | | | DEC - 6 2005 | | " " " (continues) | DEC - 6 2005 |
| | | | | | | | |
| | | | | | | | |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### LIST OF EXHIBITS AND WITNESS - CONTINUED

Case No. CV04-02687-VAP(RZ)    Title: BRUCE E. Lisker v. Michael Knowles, Warden

| PETITIONER Plaintiff(s) | | | RESPONDENT Defendant(s) | | | Exhibit Description / Witness | Called By |
|---|---|---|---|---|---|---|---|
| Ex. # | Id. | Ev. | Ex. # | Id. | Ev. | | |
| | | | 153 | 12/6 | — | "Bull worker" (exercise bar) | |
| | | | | | | Brenda J. Wilson | Resp |
| | | | | | | Sandra Wiersema | Resp |
| | | | | | | Michael Varat | Resp |
| | | | 154 | 12/6 | 12/8 | (1-6) Photos + Diagrams | |
| | | | 155 | 12/6 | 12/8 | (1-4) Renderings | |
| | | | | | | Irwin Golden | Resp |
| | | | | | | James Zeilan | Resp |
| | | | | | | Linda Rianda | Resp |
| | | | DEC - 7 2005 | | | | DEC - 7 2005 |
| | | | | | | " " " (continued) | |
| | | | | | | Steven Dowell | Resp |
| | | | | | | Adrienne Davis | Resp |
| | | | | | | Gilbert Mayol | Resp |
| | | | | | | Lily Kong | Resp |
| | | | | | | James Gass | Resp |
| | | | | | | Richard LeGassick | Resp |
| | | | | | | Judith Holland | Resp |
| | | | DEC - 8 2005 | | | | DEC - 8 2005 |
| | | | 156 | 12/8 | 12/8 | Letter dated 2/4/05 to Kostyuko fr. Bruce Lisker | Resp |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

1 | William J. Genego (Calif. Bar No. 103224)
Vicki I. Podberesky (Calif. Bar. No. 123220)
2 | Nasatir, Hirsch, Podberesky & Genego
2115 Main Street
3 | Santa Monica, California 90405
Telephone:      310-399-3259
4 | Telecopier:     310-392-8260
Email:          wgenego@gmail.com
5 |
Attorneys for Petitioner
6 | Bruce Lisker

7 |

8 |                              UNITED STATES DISTRICT COURT

9 |                          CENTRAL DISTRICT OF CALIFORNIA

10 | BRUCE E. LISKER,                )    Case No. CV 04-02687-VAP(RZ)
                                     )
11 |            Petitioner,          )
                                     )    First Amended Joint Exhibit
12 |       vs.                       )    List for Evidentiary Hearing
                                     )
13 | MICHAEL KNOWLES,                )
            Warden                   )    Date:    December 1, 2005
14 |                                 )    Time:    9:30 a.m.
                                     )    Place:   Courtroom #540
15 |            Respondent.          )
     _____   )

16 |

17 |

18 |       Petitioner, by counsel and pursuant to Local Rule 16-6.1,

19 | submits for filing the following First Amended Joint Exhibit List

20 | for the evidentiary hearing scheduled for December 1, 2005.

21 |                         Respectfully submitted,

22 |                         Nasatir, Hirsch, Podberesky & Genego

23 | Dated: 11/27/05

24 |                    By:   William J. Genego, Esq.

25 |                         Counsel for Petitioner
                            Bruce Lisker
26 |

27 |

28 |

First Amended Joint Exhibit List

CV 04 - 02687 VAP (RZ)

[Stamp: LODGED CLERK, U.S DISTRICT COURT NOV 28 2005 CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY]

JOINT EXHIBIT LIST

| Exhibit Number | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1 | Letter of LAPD Det Andrew Monsue dated 11/91 to Board of Prison Terms | DEC - 2 2005 | DEC - 8 2005 |
| 2 | Letter of LAPD Det Andrew Monsue dated 4/7/98 to Board of Prison Terms | DEC - 2 2005 | DEC - 8 2005 |
| 3 | Declaration of Morton Borenstein dated 1/12/01 | DEC - 2 2005 | —————— |
| 4 | Sgt. James Gavin's Internal Affairs Presentation | DEC - 2 2005 | —————— |
| 5 | LAPD Complaint of Employee Misconduct by Bruce Lisker dated 6/9/03 | DEC - 2 2005 | DEC - 8 2005 |
| 6 | Analyzed Evid Report dated 1/16/04 by LAPD Criminalist Ronald Raquel and attached Trace Unit Analysis Request with photographs, DR CF 032439 (15 pages total) | DEC - 1 2005 | DEC - 1 2005 |
| 7 | Letter of LAPD Captain James A. Rubert dated 7/7/04 to Bruce Lisker | DEC - 2 2005 | DEC - 8 2005 |
| 8 | Letter of Paul Ingels dated 9/22/04 to James Bratton, Chief of Police | DEC - 2 2005 | DEC - 8 2005 |
| 9 | [Exhibit Withdrawn] | | |
| 10 | [Exhibit Withdrawn] | | |
| 11 | Follow-Up Report by LAPD Det Lambkin, 3-5-05, DR 83-490487 | | DEC - 1 2005 |
| 12 | Analyzed Evid Report dated 4/20/05 by LAPD Criminalist Ronald Raquel and attached Trace Unit Analysis Request with photographs, DR 83-490487 (20 pages total) | DEC - 1 2005 | DEC - 1 2005 |
| 13 A | Letter of Chief William Bratton dated June 23, 2005, re Detective Monsue's April 7, 1998 letter | DEC - 2 2005 | DEC - 8 2005 |

| Exhibit Number | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 14 | Dorka Lisker Shoeprint Evidence excerpts with photos | DEC - 1 2005 | DEC - 1 2005 |
| 15A | FBI Report dated 7/21/05 to Sue Brockbank, LAPD Scientific Investigation Division | DEC - 6 2005 | DEC - 1 2005 |
| 15B | FBI Report dated 10/31/05 to Sue Brockbank, LAPD Scientific Investigation Division | | |
| 16 | crime scene photographs | DEC - 1 2005 | DEC - 1 2005 |
| 17 | [Exhibit Withdrawn] | | |
| 18 | NOAA report for 3/10/83 and for 3/23/83 | ok DEC - 1 2005 DEC - 1 2005 | DEC - 1 2005 |
| 19 | Sky Cover & Visibility, 3/10/83 and 3/23/83 | | DEC - 8 2005 |
| 20 | photographs of reconstructed crime scene view from outside through dining room looking north | ok DEC - 1 2005 DEC - 1 2005 | DEC - 1 2005 |
| 21* | *Custodian of Evidence records reflecting recovery of money from purse of Dorka Lisker | DEC - 1 2005 | DEC - 8 2005 |
| 22* | *Reporter's Transcript of preliminary hearing testimony of LAFD Paramedic Jay Lovato, dated 10/5/83, PHRT 102-106 | (exhibit withdrawn) 12/8 | DEC - 1 2005 |
| 23 | [Exhibit Withdrawn] | | |
| 24* | [Exhibit Withdrawn] | | |
| 24A | [Exhibit Withdrawn] | | |
| 25* | [Exhibit Withdrawn] | | |
| 26 | Transcript of Trial Testimony of Ron Linhart | | DEC - 1 2005 |
| 27* | [Exhibit Withdrawn] | | |
| 28* | *transcript of 4/4/83 oral order directing Bruce Lisker be held at juvenile facility | | withdrawn 12/8 |

| Exhibit Number | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 29* | *minute order of 4/4/83 re custody of Bruce Lisker at juvenile hall | | withdrawn 12/8 |
| 30* | *Initial & Follow-Up Police Reports, prior to 7/83 | | DEC - 8 2005 |
| 31* | [Exhibit Withdrawn] | | |
| 32* | [Exhibit Withdrawn] | | |
| 33 | photographs of hole in wall between cells 7024 & 7025, 4-22-83 | | DEC - 1 2005 |
| 34 | Testimony of Robert Hughes, People v. Milberger | | withdrawn 12/8 |
| 35 | Handwritten Letter of Robert Hughes dated 9/30/97 | | |
| 36 | Robert Hughes bankruptcy documents | | |
| 37* | *transcript of interview of Robert Hughes by LAPD Det Andrew Monsue, dated 7/6/83 | | DEC - 1 2005 |
| 38 | Report of Grand Jury into Jail House Informants | | DEC - 1 2005 |
| 39 | Declaration of Linda Cleland, dated February 7, 2002 | | DEC - 1 2005 |
| 40 | telephone bill 213-789-2535, dated April 2, 1983 consisting of a total of six pages | | DEC - 1 2005 |
| 41 | LAPD Office Memorandum with date of 3-14-83 | DEC - 2 2005 | DEC - 8 2005 |
| 42* | *letter of Bruce Lisker to LAPD Detective Andrew Monsue, dated 3/30/83 | | DEC - 8 2005 |
| 43* | *notes of LAPD Andrew Monsue's i/v of Bruce Lisker on 4/1/83 | | DEC - 8 2005 |
| 44* | *LAPD Landgren's report of statement made by Michael Ryan to Detective Langford, dated 4-19-83 | | DEC - 8 2005 |

| Exhibit Number | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 45 | Memorandum Report of Harrison County Sheriff's Dept, by J.W. Langford of interview of Michael Ryan on 4/18/93 and transmittal letter of 4/21/83 | | DEC - 8 2005 |
| 46 | Chron entry for 4-19-83, Murder Book re Hollywood Tropicana, 5200 Hollywood Blvd, check in time of 1500 hrs | DEC - 2 2005 | DEC - 8 2005 |
| 47 | Registration for Mark Smith (aka Michael Ryan) with date of 3-10 | DEC - 2 2005 | DEC - 8 2005 |
| 48 | transcript of interview of Michael Ryan by LAPD Det Andrew Monsue, 5/4/83 | DEC - 2 2005 | DEC - 8 2005 |
| 49 | Felony Complaint, People v. John Michael Ryan, No. CR 17527, filed 5/20/82, Ventura County | DEC - 2 2005 | DEC - 8 2005 |
| 50 | Preliminary Hearing Transcript, People v. John Michael Ryan, No. CR 17527, 6/2/82, Ventura County | DEC - 2 2005 | DEC - 8 2005 |
| 51 | Crime Report & Supplemental Reports, Ventura County Sheriff's Dept., Case No. 82-07410 | DEC - 2 2005 | DEC - 8 2005 |
| 52 | Complaint, People v. Michael Ryan, case no. 901461 | DEC - 2 2005 | DEC - 8 2005 |
| 53 | Reporter's transcript of plea, People v. Michael Ryan, No. 120255, 8/7/86 | DEC - 2 2005 | DEC - 8 2005 |
| 54 | Probation Officer's Report, Michael Ryan, dated 8/14/86 | DEC - 2 2005 | — withdrawn 12/8 |
| 55 | Declaration of Shirley Glade, dated 12/12/02 | DEC - 2 2005 | — withdrawn 12/8 |
| 56* | [Withdrawn] | | |
| 57* | *Declaration of John Michael Ryan, Sr., 5/16/00 | | |

| Exhibit Number | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 58* | *Death certificate of John Michael Ryan, Jr. | | DEC - 1 2005 |
| 59 | Police report re John Michael Ryan, 8/14/93 | | DEC - 8 2005 |
| 60* | *Bruce Lisker's post-trial disavowal of plea in Probation Report prepared for sentencing | DEC - 6 2005 | DEC - 8 2005 |
| 61* | *Bruce Lisker statement to Parole Board retracting and explaining prior admissions | | DEC - 8 2005 |
| 62* | *Declaration of Joyce Lisker, dated 1-29-98 | | withdrawn n/r |
| 63 | Diagram of crime scene by surveyor, Howard Huckman | DEC - 1 2005 | DEC - 1 2005 |
| 64 | Crime Scene Photographs (no. 1-112) | DEC - 1 2005 | DEC - 1 2005 |
| 65 | Photographs of Bruce Lisker's shoes | DEC - 5 2005 | DEC - 1 2005 |
| 66 | Photographs of shoe print in the bathroom | DEC - 1 2005 | DEC - 1 2005 |
| 67 | Photographs of Shoe prints in dirt area of corridor outside the Lisker residence | DEC - 1 2005 | DEC - 1 2005 |
| 68 | Photographs of shoe prints on porch of the Lisker residence | DEC - 6 2005 | DEC - 1 2005 |
| 69 | Photographs of Bruce Lisker's clothing, i.e. flannel shirt, T-shirt, corduroy pants | DEC - 5 2005 | DEC - 1 2005 |
| 71 | All autopsy photographs from Coroner's office, Coroner's Number 83-3174 | DEC - 6 2005 | DEC - 1 2005 |
| 72 | Original Autopsy Report, Coroner's Number 83-3174 | | DEC - 1 2005 |
| 73 | Supplemental Autopsy Report by Dr. Golden prepared on 11/26/84 | DEC - 6 2005 | DEC - 1 2005 |

| | Exhibit Number | Description | Date Identified | Date Admitted |
|---|---|---|---|---|
| 1 2 3 | 74 | Photographs of crime scene take on 03/23/83 by Mike Wilson | DEC - 2 2005 | DEC - 1 2005 |
| 4 5 6 | 75 | Tape of Lisa Randal Interview conducted by Police Detectives Corbin Rheault and Mitzi Roberts | | withdrawn 12/8 |
| 6 7 | 76 | Transcript of the tape of Lisa Randal interview | | withdrawn 12/8 |
| 8 9 10 | 77 | All evidence collection and analysis reports by Doreen Hudson(formerly Doreen Musick), taken from section 6 of the murder book | | DEC - 1 2005 |
| 11 12 13 | 78 | Fingerprint report, generated September, 2005, identifying last of the unidentified fingerprint.  Report by Rubin Sanchez (E8822) | | DEC - 1 2005 |
| 14 15 | 79 | Borenstein interview by Sgt. Gavin | DEC - 2 2005 | ——— |
| 16 | 80 | Police chronological record from the Murder Book | | DEC - 1 2005 |
| 17 18 19 | 81 | Police detective's 03/23/83 written notes of interview with Linda Clelland from Murder Book | | DEC - 1 2005 |
| 20 21 | 82 | 03/13/83 Follow-up invest. report by Monsue and Landren | | DEC - 8 2005 |
| 22 23 24 | 83 | Tape of interview with Jack Okun; interview conducted by Police Detective Paula Chavez and Deputy Atty. General John Yang | | withdrawn 12/8 |
| 24 25 | 84 | Transcript of interview with Jack Okun | | Withdrawn 12/8 |
| 26 27 | 85 | FBI's supplemental report re: footprints and impression on back of the victim's head | DEC - 6 2005 | DEC - 1 2005 |
| 28 | 86 | LAPD Murder Book | DEC - 2 2005 | DEC - 1 2005 |

| Exhibit Number | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 87 | All photographs taken by Mike Wilson in conjunction with this case, as contained in five compact discs turned over by the State to petitioner's counsel | DEC - 6 2005 | DEC - 1 2005 |
| 88 | All transcripts of the first trial that was aborted | | DEC - 1 2005 |
| 89 | All preliminary hearing transcripts | | DEC - 1 2005 |
| 90 | All transcripts of the second trial | | DEC - 1 2005 |
| 91 | All Clerk's transcripts in the case | | DEC - 1 2005 |
| 92 | All transcripts of pre-trial hearings | | DEC - 1 2005 |
| 93 | All transcripts of the guilty plea | ~~DEC - 9 - 930~~ DEC - 6 2005 | DEC - 1 2005 |
| 94 | All transcripts of the sentencing | | DEC - 1 2005 |
| 95 | All exhibits introduced at trial | w/o | withdrawn 12/8 |
| 96 | Psychiatric report by Dr. Richard LeGassick on 03/11/85, and evaluations of staff and consulting psychologists and counselors at California Youth Authority in preparation for diagnostic evaluation, 1985. | DEC - 6 2005 | DEC - 8 2005 |
| 97 | Transcript and tape of 911 call on March 10, 1983 | | DEC - 1 2005 |
| 98 | Transcript and tape of polygraph examination conducted on March 10, 1983 | | |
| 99 | Transcripts and tapes of Robert Hughes' interviews with Detective Monsue in 1983 | DEC - 2 2005 | DEC - 1 2005 |
| 100 | Probation Report prepared following the guilty plea | DEC - 6 2005 | DEC - 8 2005 |

| Exhibit Number | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 101 | Reports of staff psychologist and correctional counselors at San Quentin and Mule Creek State Prison prepared for parole board consideration in 1991, 1992, 1993, 1996, 1999, 2001 and 2003 | DEC - 7 2005 | DEC - 8 2005 |
| 102 | Petitioner's Olsen Review waivers in prison packet | | DEC - 8 2005 |
| 103 | Psychiatric report prepared for parole board review | DEC - 6 2005 | ——— |
| 104 | Transcripts of parole board hearings in 1992, 1993, 1996, 1999, 2001 and 2003 | | DEC - 8 2005 |
| 105 | [Exhibit Withdrawn] | | |
| 106 | Reports on Petitioner's transfers in Youth Training School and CDC | DEC - 7 2005 | DEC - 8 2005 |
| 107 | Declaration of Linda Cleland dated 11/16/05 | | DEC - 1 2005 |
| 108 | Declaration of Brenda J. Wilson, dated 11/16/05 | | ——— |
| 109 | Declaration of Alfred Soltes dated 11/18/05 | | DEC - 1 2005 |
| 150 | Six volume transcript of the interview of Bruce Lisker by Sgt. Gavin on 11/10/03 and 12/2/03 | DEC - 6 2005 | Withdrawn RJ |

* * * * * * * * * * * * * *

1                                PROOF OF SERVICE

2    STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

3        **Bruce Lisker v. Michael Knowles, Warden**
         **Case No. CV 04-02687 VAP(RZ)**
4
         I am employed in the County of Los Angeles, State of
5    California. I am over the age of 18 and not a party to the within
     action; my business address is 2115 Main Street, Santa Monica,
6    California 90405.

7        On November 28, 2005, I served the foregoing document
     described as **FIRST AMENDED JOINT EXHIBIT LIST FOR EVIDENTIARY**
8    **HEARING** in this action by placing a true copy thereof enclosed in
     a sealed envelope addressed as follows:
9
                 Robert D. Breton, Esquire
10               Deputy Attorney General
                 Office of the Attorney General
11               300 So. Spring Street, Suite 5000
                 Los Angeles, California 90013-1230
12
                 John Yang, Esquire
13               Deputy Attorney General
                 Office of the Attorney General
14               300 So. Spring Street, Suite 5000
                 Los Angeles, California 90013-1230
15

16   /___/      (BY MAIL)  I caused such envelope with postage thereon
                fully prepaid to be placed in the United States mail at
17              Santa Monica, California.

18
     /XXX/      (BY PERSONAL SERVICE)  I caused such envelope to be
19              delivered by hand to the offices of the addressee.

20       Executed on November 28, 2005 at Santa Monica, California.

21
     /___/      (State)  I declare under penalty of perjury under the
22              laws of the State of California that the above is true
                and correct.
23
     /XXX/      (Federal)  I declare that I am employed in the office
24              of a member of the bar of this court at whose direction
                the service was made.
25
26                                  _____
                                           C.J. Bender
27

28