February 15, 2009
Jerry Weinstock
17130 Burbank Blvd. #302
Encino, CA 91316

Board of Parole Hearings
P.O. Box 4036
Sacramento, CA 95812-4036

## RE:  Bruce E. Lisker D-22678 — Parole Hearing

Dear Board Members:

I implore you to release Bruce Lisker.  Not only is he NOT a dangerous felon, he's been unjustly convicted of a crime he DID NOT commit.  Not only is he innocent but he's availed himself of every self-help and self-improvement course that was made available to him in prison.  He's trained as a computer programmer, paralegal and in the hotel and restaurant management field.  He's already given back to society by speaking to at-risk juveniles in a kind of "Scared Straight" program.

I have known Bruce for the last 13 years since I was married to his step-mother Joy Lisker who passed away in April of 2007.  I have visited him in prison numerous times and speak to him on the phone on an almost daily basis.

I have grown to love and respect Bruce.  He's an intelligent, sensitive and thoughtful individual who has retained his humanity despite languishing in the brutalizing environment of prison for the better part of his adult life.  If one wants a true test of his character one only has to look at the way he's adapted, and how despite the great injustice done to him (which is being proven in the courts), he has not become embittered but remains optimistic and hopeful, and is making plans to renew his life and contribute to society once he's released.

Another test of his character is the quality of support he's been receiving (look at the pile of letters!) and will continue to receive from family and friends upon his release.

Bruce is welcome to stay with me as long as he needs to.  I have an extended community of close friends (some of whom have visited Bruce in prison) who've offered him a place to stay, too.  He will not be alone and will have many offers of employment as well.

The wheels of justice grind slowly...but surely they are going to prove Bruce innocent.  Isn't it time that the Parole Board finally do the "right thing" and lead the way?  Please parole Bruce Lisker now.

Sincerely,

Jerry Weinstock

February 2, 2009

Board of Parole Hearings
P.O. Box 4036
Sacramento, CA 95812-4036

Re: Bruce E. Lisker (D-22678) Parole Hearing

Honorable Board Members:

   We have known Bruce Lisker for twenty-two years. We are related as his father married Elliot's mother in 1985. We talk with Bruce regularly via the telephone, and we have had the opportunity to visit him at Mule Creek Prison.

   Bruce is a loving, productive individual. He is committed to making a difference in the world. He has counseled troubled teens whose experiences are similar to his. He has discussed his goals with us regarding his work in computers, and he has written many letters to companies about prospective employment and has taken financial responsibility for himself. He works hard to maintain a communicative and intimate relationship with his family and friends. As a high school administrator, I have talked with him about making presentations to high schools to talk with students who have been in trouble with the law. As Director of Secondary Education for Santa Barbara County Education Office, I saw a need for someone like Bruce to work with students in the continuation, and court schools. His compassion and ability to connect with students can make a difference in student's lives. I am willing to help him make the necessary connections and secure the proper credentials to achieve his goal of helping others.

   Bruce impresses us most with his ability to see his time in prison as a learning experience and is determined to make the most out of it. He has managed to keep his family close, educate himself in the areas of prospective employment, and develop a caring heart and a good sense of humor. We find that remarkable in an age where most pass the responsibility for their lack of success on to someone else and play the victim.

   Despite Bruce's incarceration, he has secured advocates outside prison walls. His family and friends are willing to help him with his adjustment to the "outside world". We have discussed and strategized the best way to support him with living arrangements, life skills, counseling, activities, socialization and employment. We know emersion into the community after twenty-plus years away from society will be difficult. It is Bruce's love, compassion, tenacity, and commitment that have nurtured his relationships and created advocates able to support and assist him in his transition to a dynamic and productive future.

   Please parole Bruce and allow him to be a positive force in society.

Sincerely,

Elliot and Kathryn Anders

February 15, 2009

Craig Smardan
1422 Kelton Avenue, #306
Los Angeles, CA 90024

CA Parole Board
P. O. Box 4036
Sacramento, CA 95812-4036

Re: Bruce Lisker Parole Hearing

Dear Board Members,

I wish to register my support for the immediate release of Bruce Lisker.   He was wrongly convicted in 1985 for
the murder of his mother.   I was personally able to attend the hearings here in Los Angeles at which new
evidence made it abundantly clear that he did not commit this crime.   There is no doubt in my mind that he is an
innocent man who has spent over twenty years of his life in prison for a crime that he did not commit.   Clearly,
he has lost out on a huge portion of his life.   It is time for him to be returned to his family and friends.

In your difficult job as parole board members, you no doubt evaluate the cases of many people undeserving of
release.   You certainly must realize that Bruce is the opposite of this.   Not only is he innocent of the crime for
which he is in prison, but he has also taken every self-help and self-improvement course made available to him.
He completed training as a computer programmer, as a paralegal, and as an entry-level employee in the hotel
and restaurant management field.   In addition, he has kept his heart from becoming hardened in the harshest of
environments.   Despite not deserving the tough break he got, he's nevertheless tried to make good come of it,
speaking to youth in "juvenile diversion" groups about the dangers of drug abuse and hanging with the wrong
crowds.

Finally, I've known Bruce since he was five years old.   We grew up on the same street, went to the same
elementary school, and spent a great deal of time in each other's homes.   After my family moved, we lost touch
for over twenty-five years.   The event that reunited us was the Los Angeles Times article in May of 2005, which
presented a great deal of evidence suggesting that he had not murdered his mother.   After contacting him with a
letter, we started talking by phone, and I ended up going to visit him for the first time in October of that year.
Well, let me say that those visits have continued and so have those phone calls.   In fact, we speak at least once
every two weeks.   Over this time, we have become very close.   It's been a wonderful experience getting to know
Bruce again.   I'm proud to call him my friend and look forward to once again spending time in each other's
homes…just as we did when we were young children.

In closing, I feel confident in saying that I know the character of this man.   Bruce is full of honor and integrity,
expressing compassion, kindness, and respect for everyone he encounters.   Now, I ask you to show him this
same level of compassion, kindness, and respect by doing the right thing:  releasing him as soon as possible.

Yours truly,

Craig Smardan

February 14, 2009

Jenny Giallanza
7530 Saint Story Court
Sacramento, CA 95842

State Parole Board
Box 4036
Sacramento, CA 95812-4036

Regarding:  **Bruce Lisker** Parole Hearing

My name is Jenny Giallanza and I have been a friend of Bruce Lisker for 16 years.

I graduated from the Ca. State University, Long Beach with a degree in Sociology in 1984.  I am currently employed as the Director of Catering for Del Webb's Sun City Roseville and have been since 1995.   I work with over 6000 residents of this private age restricted community.  I have a staff of 52 employees and operate a three million-dollar annual business.  Because of the extensive amount of contact I have with the public, I feel I have a handle on dealing and understanding people and their motives.

I met Bruce in 1993.  Since then, our relationship has been consistent through written letters, telephone conversations and personal visits.  I feel I understand him and know him as he is now.  Bruce is a warm, caring, and intelligent person.  He exhibits traits rarely seen in individuals and has earned my complete trust, confidence and respect.

Because of his work with computers and his extensive training, he has a bright future and can contribute to any community that he is a part of.  I feel he is ready to re-enter society and begin his contributions immediately.   He has and will continue to be a positive influence in my life.

Upon his release, he may move in to my home immediately without a moment's hesitation.  I have a bedroom set aside waiting for him.

Please, let him come home to his family and friends.

Thank you for your consideration.

Sincerely,

Jenny Giallanza

Marilee R. Burton
6901 Willis Ave.
Van Nuys, CA 91405

February 13, 2009

CA Parole Board
P.O. Box 4036
Sacramento, CA 95812

RE: Bruce Lisker Parole Hearing

Dear Honorable Commissioners:

I wish to most fervently register my support for the swift release of Bruce Lisker, for his immediate repatriation with the freedom I truly believe he has always deserved, and further, in so doing, the righting a what, to any who have studied his case, can only be perceived as a most unfortunate wrong and miscarriage of justice for which both we as a society and most especially, Bruce as an individual, have paid due.

I have followed Bruce's case through the thorough investigative reporting pieces authored by Matt Lait and Scott Glover in the Los Angeles Times beginning in May of 2005 and continuing through 2008. Over that time Lait and Glover have written more than 30 articles investigating and reporting on the possible miscarriage of justice that occurred regarding Bruce Lisker's arrest and conviction as well as bringing to light new evidence strongly supporting his innocence. From the very first article I found myself with grave doubts as to the truth of his guilty conviction. But as I continued to follow Lait and Glover's ongoing investigation of Lisker's case, my grave doubts turned into a solid conviction for Bruce's innocence.

As a citizen and a taxpayer, it is my desire is that our society support justice. I urge you to use the power vested in you to see that justice, here is done, finally. Please release Bruce Lisker and allow him to return to live among us. Give him the opportunity to pursue his life, liberty, and happiness, and, I believe, to contribute to ours.

Sincerely,

JUDITH D. BEDROSIAN
10550 Rocca Place
Los Angeles, CA 90077
Phone 310.471.1305   Fax 310.471.1329

February 4, 2009

California Parole Board
P.O. Box 4036
Sacramento, CA 95812-4036

Re: Bruce Lisker Parole Hearing

To Whom It May Concern:

It is time for Bruce Lisker to be released from prison, after serving twenty-three years for
a crime he did not commit.   The new evidence presented so many years after the murder
of his mother has made it clear that at the time of the first trial the investigation was
mishandled in an unconscionable manner.

While in prison, Bruce has used his time wisely and well in order to equip himself for re-
entering society as a productive member.  He certainly deserves a chance to prove to us,
the Court, and to himself that this incarceration was not in vain.

It is my hope that you who are holding Bruce Lisker's future in your hands will  see your
way clear to allow him his long deserved freedom/

Very truly yours,

Judith D. Bedrosian

1076 S. Orange Grove Ave.
#8
Los Angeles, CA  90019
Feb. 16th, 2009

CA Parole Board
P.O. Box 4036
Sacramento, CA  95812-4036

      Re: Bruce Lisker parole hearing

Dear Board Members;

    I want to ask you to consider releasing Bruce Lisker as soon as possible. Evidence has shown he was innocent of his mother's murder so many years ago. He is a victim not a perpetrator. He needs to be back with his family.

    Please consider his release.

          Sincerely,

          Jim Doherty

Kara Noble
453, 29th st
Manhattan Beach
CA 90266

02 07 09

California State Parole Board
PO box 4036
Sacramento, CA 95812

Re: Bruce Lisker  -  parole hearing

To whom it may concern:

I am writing in favor of Bruce Lisker's release at the earliest
opportunity.
I have come to know this man because I read the thorough
and shocking articles detailing his situation in the LA Times.
A few years ago we became penpals and we now speak
regularly. This would not have happened if I was not fully
convinced of Bruce's innocence. I admire his positive
attitude, intelligent sense of humor and bravery and regard
him as a true friend. A child was wrongly imprisoned and
also lost his mother. That was 23 years ago. I cannot
imagine a more worthy choice for parole.
We have a house near the ocean. Bruce is welcome to stay
until he gets on his feet. I look forward to the day he can
return to his roots, Los Angeles, and enjoy that beautiful
beach with us, his friends. He has worked hard at educating
himself over the years and is a caring member of society.
Please let him come home.

Yours faithfully,

Kara Noble

# HEAVENSAKE INC

Board of Parole Hearings

PO Box 4036

Sacramento CA 95812


Re: <u>BRUCE LISKER PAROLE HEARING</u>

Dear Honorable Commissioners:

Thank you for giving us the chance to let you know what we think about Bruce Lisker.

As you know, there are differing opinions about Bruce's innocence for his crime 23 years ago since the case was re-opened recently. First, regardless of that, we are very impressed with his track record of education and self-improvement, and the resume he presents. Also we are taken with his positive, supportive and loving attitude in an environment that fosters anything but. Because of all this, we feel he'd be an ASSET to the companies who could use him because he's a man in his 40s with the wisdom that age offers YET he doesn't have the obligations of a usual 40 year old. Therefore he wouldn't require the same high salary. Some company out there will win big here.

Second, because of his exemplary record of citizenship in prison, we feel it's a waste of your time and the public's money to continue keeping him. Your system is geared for rehabilitation and it has succeeded in his case, so when does he get to become a contribution to society? Rather than a drain? He's ready.

Lastly, from the new evidence presented in his case, we're now convinced he's innocent, which removes the "threat to society" label Bruce was handed. Therefore we see no reason left to continue to have him in prison.

I am CEO of a multi-media production corporation and my husband, Paul Spear, is a lawyer. Based on all the points touched on in this letter, and Bruce's resume, there's a positon in Paul's firm available at this time that Bruce might be right for. Paul would be happy to interview Bruce for a job as a legal assistant with his firm when he's released.

We believe in Bruce Lisker. With all the facts before you, we sincerely hope you'll make the right decision to finally give him a chance. Thank you for your time.

Sincerely,

TERRI NUNN & PAUL SPEAR
5699 KANAN ROAD #158 AGOURA HILLS CA 91301
818-261-8893 HEAVENSAKENEWS@YAHOO.COM

January 18, 2009

Judy Levy
18637 Ventura Blvd.
Tarzana, CA 91356

CA Parole Board
P.O. Box 4036
Sacramento, CA 95812-4036

Re: Bruce Lisker parole hearing

Dear Board Members:

I wish to register my support for the immediate release of Bruce Lisker who was convicted in 1985 for the second degree murder of his mother which he did not commit. There is new evidence that has made it very clear to all that he is not responsible for this crime.

Bruce has been incarcerated for 23 years on a 16-years-to-life sentence for a crime that he did not commit. Considering this injustice, Bruce has maintained an amazing desire to educate and ready himself for life when he is finally released. He is clearly NOT a danger to society.

Bruce is welcome to stay in my home as my guest while he gets his life back together.

Thank you,

Judy Levy

January 19, 2009

Mr. & Mrs. Michael Dawson
4958 Alatar Dr.
Woodland Hills, CA  91364


CA Parole Board
P.O. Box 4036
Sacramento, CA  95812-4036


Re:  Bruce Lisker parole hearing

We are writing to request the immediate release of Bruce Lisker! Knowing that your job is not an easy one, surely you recognize that Bruce is not only innocent of the crime for which he is in prison, but he has taken advantage of the opportunities for his personal as well as his professional growth to prepare himself for his release.  Despite his unfortunate circumstances, he has continued to live in the hopes of creating the life he deserves after being imprisoned for a crime he did not commit for so many years.

 We do have a small apartment in our home that we would be willing to make available to Bruce upon his release from prison if needs.   We also own a small business and would absolutely be willing to offer him work doing our computer work for us.


Sincerely,

Mr. & Mrs. Michael Dawson

Christine Jones
10746 Francis Pl #221
Los Angeles, Ca 90212

State Parole Board
P. O. Box 4036
Sacramento, Ca 95812-4036

January 28, 2008

Re: Bruce Lisker Parole Hearing

Dear Board Members,

I am writing in support of Bruce Lisker's release either by granting him parole or
overturning his conviction in a Federal court.

I have known Bruce Lisker since June 2005. We speak on the phone at least three
times weekly and I have personally visited him 11 times (2-3 days each visit) at Mule
Creek State Prison.

I have experienced firsthand how Bruce interacts with others. Bruce is always very
courteous and respectful to CDC Officers, Inmates and other guests in the visiting
room.

I am aware that parole plans are an important part of an inmate's readiness for
release. If Bruce Lisker needs a place to live, he is always welcome to stay at my home
without a moment's hesitation.

 I can only imagine the heaviness of your responsibility to ensure you do not release a
dangerous felon back into society and I thank you for your service but it's pretty clear
that Bruce Lisker poses no dangerous threat to any individual or society as a whole.

Sincerely,

Christine Jones

January 28, 2009

Dru Ross
2819 Tejon Ct.
Simi Valley, CA 93063

State Parole Board
Box 4036
Sacramento, CA 95812-4036

Re: Bruce Lisker Parole Hearing

Dear Honorable Commissioners,

I would like to voice my support for the release of Bruce Lisker. I have followed the case very
closely over the past few years since the publication of an extensive documentary produced by
journalists working for the Los Angeles Times. I have also read U. S. Magistrate Judge Ralph
Zarefsky's and U.S. District Judge Virginia A. Phillips ruling. The Honorable Judges made it
abundantly clear when they stated "no reasonable juror" would find Lisker guilty of killing his
mother. They agreed that he should be allowed to pursue his appeal even though he had missed a
statutory deadline.

Among the new evidence pointing to Liskers innocence that was not allowed at his trial:

Analysis of a bloody shoe print left at the crime scene that was attributed to Lisker at trial but has
since been scientifically eliminated as having been made by his shoe.

A computer generated crime scene reconstruction showing that Lisker could have seen his mother
from the sliding-glass door. At trial, the prosecutor said that such a view from that vantage point
was impossible and that Lisker's assertion proved he was lying.

And perhaps the most disturbing piece of evidence after the trial was that the lead detective
(Monsue) lied in a written letter to the parole board for a hearing regarding the money they said
was the motive for the killing. This type of behavior shows the lead detectives character (or lack
thereof) and indicates that there is a high probability that the detective lied before especially
regarding this case.

The State Supreme Court denied the last bid for freedom based on procedural hurdles that
consider a very narrow window and ignored the spirit of Truth and Justice while following only
the letter of the law.

You have in your jobs a chance to do one of the noblest things anyone can do in their lives and
most of us never have these opportunities:
To protect society from harm and danger and or to let people go who deserve to be set free.
Review the case thoroughly and remember the spirit of justice and truth.

I am sure you know what to do in this case. Please do the right thing.

Respectfully,

Dru Ross

Dru Ross

April Bullock, PhD
Associate Professor, Department of Liberal Studies
California State University, Fullerton
Home Address: 5780 Vista de Oro, Riverside, CA 92509 (951) 684-2452

January 25, 2009

California Parole Board
P.O. Box 4036
Sacramento, CA  95812-4036

RE: Bruce E. Lisker Parole Hearing

Dear Board Members:

I am writing to express my strong support for the release of Bruce E. Lisker at the earliest
opportunity. I have known Bruce and his family since 1981, and was shocked when he
was convicted for the murder of his mother in 1985, a crime I have always been sure he
did not commit. Over the years I have kept in touch with Bruce and have marveled at his
ability to continue to be the kind and compassionate person he is given the terrible
circumstances of his wrongful imprisonment. I have also been impressed by Bruce's
volunteer and educational activities, it seems that each time we speak or write he is doing
something new to prepare himself to be an excellent citizen upon his release.

Bruce's wrongful conviction and long imprisonment has taken its toll on him, his family,
and his friends. Keeping Bruce in prison for so many years after much new evidence has
come to light about his innocence and denying him parole after so many years of
eligibility, has also taken a toll on the taxpayers of the state of California. His release
would not only benefit him, his family and friends, but also give the citizens of the state
of California an opportunity to correct a terrible injustice.

Although I know that Bruce has already found many family and friends who would like
him to live with them, my husband and I would also be happy to have him stay in our tiny
house. We would also do all we could to help him find employment upon his release.

I know that your charge as Parole Board members is a difficult one, and that families and
friends always suffer when their loved ones are imprisoned. However, I believe that
Bruce's case is unusual. Even if the overwhelming evidence of his innocence were not
enough, surely his record of preparation for reentry into society and all the long years he
has served beyond the minimum sentence should warrant his immediate release.

Please do the right thing, correct this terrible injustice, and release Bruce Lisker as soon
as possible!

Sincerely,

April Bullock

Ex. A  p.000024

Rachel G. Talbot, Ph.D.
P.O. Box 205
Fiddletown, CA  95629

January 24, 2009

CA Parole Board
P.O. Box 4036
Sacramento, CA 95812-4036

    Re: Bruce Lisker parole hearing

Dear Board Members:

I wish to register my support for the release of Bruce Lisker at the earliest opportunity.

While I was employed at Mule Creek State Prison as a teacher, I was acquainted with Bruce for more than then years, part of that time as his supervisor.  I can say that of the hundreds of inmates with whom I had contact during my correctional career, he is the only one I am absolutely convinced was not guilty of the offense of which he was convicted.   I was impressed with his integrity, his work ethic and the normality he was able to maintain even after twenty years in prison.

If I owned a business, I would hire Bruce immediately.  Since I don't, I can say that I would be happy to have him as a neighbor.

He should never have been in prison in the first place.  Now that you have the opportunity to remedy that injustice, please do the right thing and release him.

Sincerely,

Rachel G. Talbot, Ph.D.
Correctional Educator, Retired

January 26, 2009

State Parole Board
Box 4036
Sacramento, CA 95812-4036

    RE: <u>Bruce Lisker</u> Parole Hearing

Dear Board Members:

    I am writing to you in hopes that you will hear my plea for the release of Bruce Lisker from prison. I am 84 years old, a long time friend of Bruce's mother and father. I remember when Dorka and Bob adopted Bruce as a baby. There never was a happier couple.

    As Bruce got older, his parents would bring him to the U.S.C. football games as we did our children. If they were ever at fault raising Bruce, it was because they loved him too much. There is no way in the world Bruce would have killed his mother.

    From the very beginning, I was sure that one of the boys with him did the dirty deed. Following the case all these years, I am even more convinced that he was innocent. The fact that the Prosecutor didn't follow up on one of the boys and his subsequent acts is a failure of the justice system.

    Bruce's father, Bob Lisker, was so devoted to Bruce that he visited him at every opportunity until his death, always believing in his innocence, as I do. This boy has paid and paid for something he did not do. He can only be commended for his determination in studying the law and all the other programs he studied in hopes of being released and becoming a good citizen.

    My age and current residence in Georgia doesn't allow me to volunteer to give Bruce a job, but I am sure friends in California will provide help for him when he is released. I beg you to give this boy a chance at life beyond the prison walls. He has proved over and over again that he deserves this chance.

Sincerely,

*Virginia Lee Nickoloff*

Virginia Lee Nickoloff
7093 Monticello Drive
Villa Rica, GA 30180

Gael Lehrer Kennedy
504 W. Eucalyptus Street
Ojai, CA 93023
805 640 3716
Fax: 805 646 1359
e-mail gaellkennedy@mac.com

January 22, 2009

California Parole Board
POB 4036
Sacramento, CA

Re: Bruce Lisker Parole Hearing

Dear Board Members;

I am registering my support for the immediate release of Bruce Lisker.

Bruce was wrongfully convicted 1985 for murdering his mother. New evidence
has made it clear he has been a crime victim, not a perpetrator.  Bruce Lisker needs to be
returned to his family so that justice can prevail.

I urge you to release Bruce so he can regain the freedom he deserves to live out
the remainder of his life.

Very truly yours,

January 24, 2009

Louise Brown
5420 Sylmar Ave
Sherman Oaks, CA. 91401

State Parole Board
Box 4036
Sacramento, CA. 95812-4036

Re: Bruce Lisker Parole Hearing

Dear Board Member:
        I wish to register my support for the release of Bruce
Lisker at the soonest opportunity. Bruce was convicted in 1985
for a crime which we all now know he did not commit.  New
evidence shows he is innocent of these charges. He needs to be
returned to his family to regain the remainder of his life.
        Please do not spend any more money incarcerating an
innocent man. Release Bruce as soon as possible. Thank you.

Sincerely,

*Louise Brown*

January 24, 2009

Beth M. Brown
5420 Sylmar Ave #215
Sherman Oaks, CA. 91401

State Parole Board
Box 4036
Sacramento, CA 95812-4036

Re: <u>BRUCE LISKER</u> Parole Hearing

Dear Honorable Commissioners:
     I am writing with the urgent request that you immediately release Bruce Lisker.  His sixteen year to life sentence for second degree murder was handed down twenty three years ago.  In your difficult job as a parole board member, you no doubt evaluate the cases of many people undeserving of release.  But, Bruce Lisker, who has been imprisoned more than half his life, deserves freedom as he is innocent of the crime for which he is being imprisoned.
     Though life has been cruelly unfair, Bruce has taken every self-help and self-improvement course made available to him. While imprisoned, he has trained as a computer programmer, as well as a paralegal and also as an entry-level employee in the hotel and restaurant management field.
     With the current monetary crisis in California and the rest of the country, it is unconscionable to continue to pay for an innocent man's continued incarceration. Please release Bruce Lisker as soon as possible so that he has an opportunity in this life to become a contributing member of society.
     Thank you in advance for your serious consideration to Bruce Lisker's imminent parole.

Sincerely,

Beth M. Brown

*A Noble Part of Every True Life is to Learn to Undo What has Been Wrongly Done.*

Ex. A  p.000029

Lois Bowen
23660 Summit Drive
Calabasas, CA 91302

January 20, 2009

State Parole Board
Box 4036
Sacramento, CA 95812-4036

Re:  Bruce Eliot Lisker
Parole Hearing

Dear Members of Parole Board:

This letter is written to support an approaching release of Bruce Lisker, whom I believe to
have been amply rehabilitated in the past 23 years, constituting his entire adult life
thus far.

I have known Bruce since 1976.  I have been in contact with him during his incarceration
and have been aware of his good progress in education and personal growth.

Thank you for your fair and efficient consideration of Bruce's release from prison.

Sincerely,

*Lois Bowen*

Lois Bowen

Joy Webster
20132 Canyon View Drive
Santa Clarita, CA 91351

January 27, 2009

State Parole Board
P.O. Box 4036
Sacramento, CA 95812-4036

      Re:    <u>Bruce Lisker – Parole Hearing</u>

Dear Honorable Commissioners:

I am writing this letter with the most heartfelt and earnest request that you <u>please</u> release Bruce Lisker immediately.

I truly respect that the parole board members have a serious and difficult job in protecting society from dangerous felons and evaluating so many case files in order to determine which people are granted parole. As a concerned citizen, I am extremely appreciative for your diligence. Certainly there are many prisoners who do not deserve parole. However, Bruce Lisker is not one of those people. He deserves to be released without delay, and I am optimistic that as you have reviewed his case file, you are aware of this fact.

Please allow me to express three points on Mr. Lisker's behalf.

First, it was 23 years ago that Mr. Lisker's "16-years-to-life" sentence for second degree murder was instigated. He has served far more than the minimum of the sentence.

Second, there has been a considerable amount of new evidence about the case that has been brought to light over the last three years that strongly suggests – actually, proves – that Mr. Lisker's conviction was wrongful and that he is innocent of the crime for which he was convicted.

Third, while in prison, Mr. Lisker has taken many steps in self-improvement courses that were available to him. He has trained as a paralegal and computer programmer, and has taken courses for entry-level work in hotel and restaurant management. His efforts have been exemplary, and it is also extraordinary to note that he has kept a good heart and attitude while in a ruthless environment these 23 years. Despite Mr. Lisker not deserving the tough break he got, he has tried to make something good come from it by speaking with youths in juvenile hall about things he knows first hand—the dangers of drug abuse and becoming involved with the wrong crowd. This speaks volumes for Mr. Lisker's good character.

Given those points above, I offer this for consideration:

- Even if Mr. Lisker's conviction was not wrongful and unsupported by any credible evidence, how long do you plan to keep him imprisoned? He has already served over 23 years of his time.

- Additionally, as a citizen, I truly believe that our justice system should indeed be "just", recognizing that there is an abundance of new evidence in this case that proves Mr. Lisker's innocence. Hence, he should be released from prison without further ado.

State Parole Board
Page 2
January 27, 2009

- Also, as a taxpaying citizen of this state, I feel my tax dollars are being terribly mishandled by paying to keep Mr. Lisker in prison when he is clearly NOT a danger to society.  I would have no fear or concern whatsoever in his being released without any further delay.

Please – I implore you:   Let Mr. Lisker go.   I would respectfully request that you please consider the points I have raised on his behalf.   I feel very strongly that this is the just and appropriate decision for the parole board to make:  Please grant Bruce Lisker's parole to be effective immediately.

Sincerely,

Joy Webster

his own, and I can help assist him in finding work, as I've lived on this small island about 20 years and know alot of people in the buisness world. There are a variety of support groups here which are free of charge in case he would like help adjusting.

Thank you for your time

Sincerely,

Kelly Wagenbach

Kelly Wagenbach                                    February 9, 2009
121 Crown Bay Marina #310
St. Thomas, USVI
            00802

State Parole Board
Box 4036
Sacramento, CA
        95812-4036

            Re: Bruce Lisker Parole Hearing

Dear Honorable commissioners,

        I am writing in regards to Bruce
Liskers parole Hearing, and request
that Bruce Lisker be released as soon
as possible.
        I feel Bruce has been wrongly
found guilty in the crime he has been
accused of. Bruce and I have known
eachother for a very long time, be-
fore this tragic event I used to
visit his parents from time to time,
Bruce was living in the same
apartment building as I and the
news of his arrest certainly took me
by surprise. I know his father
believed in his innocence as well as
I, we had spoken about it many times
before he passed away.
        Bruce can stay on my sail
boat until he can find a place of