| BOARD OF PRISON TERMS | STATE OF CALIFORNIA |
|---|---|
| LIFE PRISONER: PROGRESS REPORT | |

- [ ] DOCUMENTATION HEARING
- [X] SUBSEQUENT PAROLE CONSIDERATION HEARING #08
- [ ] PROGRESS HEARING

**To Complete Form:**

To CDC Staff: Document each year from date life term starts to present.

To BPT Staff: For each year added, apply original parole date guidelines (i.e. 0-2 months for PBR and 0-4 months for BPT. See California Code of Regulations, Title 15, Sections 2290-2292, 2410 and 2439)

| CREDIT APPLIED | | REASONS |
|---|---|---|
| YEAR | BPT | |
| 09/25/2007 to 09/24/2008 | | **PLACEMENT:**<br>Inmate Lisker remains appropriately housed at Mule Creek State Prison.<br>**CUSTODY:**<br>Medium A.<br>**VOCATIONAL TRAINING:**<br>None.<br>**ACADEMICS:**<br>None.<br>**WORK RECORD:**<br>Inmate Lisker remains assigned to a Porter position in building #11. On 12/4/07 Lisker is assigned to the Facility C Visiting Porter position. On 4/15/08 inmate Lisker is hired as the Facility C Library Assistant. CDC 101's, Work Supervisor's Reports dated 12/12/07, 1/4/08, 4/18/08, 5/1/08, 5/14/08, and 7/9/08 all give Subject an overall grade of satisfactory to exceptional in his work assignments.<br>**GROUP ACTIVITIES:**<br>CDC 128 B dated 10/18/07 indicates that Subject voluntarily participated in the 18 hour class titled Good Intentions/Bad Choices in the Pre-Release program. CDC 128 C dated 12/27/07 indicates that Lisker completed 13 of 15 sessions of the Coping Skills (Seven Spiritual Laws of Success) Group. CDC 128 B dated 4/1/08 indicates that Subject completed the Victim Awareness Offender's Program. CDC 128 C dated 5/6/08 indicates that Subject completed the Coping Skills Group. CDC 128 B dated 8/12/08 indicates that Lisker completed the Victims Awareness Offender's Program-Restorative Justice. CDC 128 B dated 8/13/08 indicates that Subject voluntarily participated and completed the Pre-Release class "A Framework for Breaking Barriers."<br>**PSYCHIATRIC TREATMENT:**<br>Inmate Lisker is a participant in the MHSDS at the CCCMS level of care.<br>**PRISON BEHAVIOR:**<br>12/30/2007 115 3005 (B) BEHAVIOR WHICH COULD LEAD TO VIOLENCE HE IS FOUND GUILTY AND ASSESSED 30 DAYS LOSS OF CREDIT, COUNSELED AND REPRIMANDED. (SERIOUS) - DIVISION F |

| NAME | CDC # | PRISON |
|---|---|---|
| LISKER, BRUCE | D22678 | Mule Creek State Prison |

BPT 1004 (REV. 01/02)    Page 1 of 2    10/10/2008 02:06 P.M.

| BOARD OF PRISON TERMS | STATE OF CALIFORNIA |
|---|---|
| LIFE PRISONER: PROGRESS REPORT | |

- [ ] DOCUMENTATION HEARING
- [X] SUBSEQUENT PAROLE CONSIDERATION HEARING #08
- [ ] PROGRESS HEARING

**To Complete Form:**

To CDC Staff: Document each year from date life term starts to present.

To BPT Staff: For each year added, apply original parole date guidelines (i.e. 0-2 months for PBR and 0-4 months for BPT. See California Code of Regulations, Title 15, Sections 2290-2292, 2410 and 2439)

| CREDIT APPLIED | | REASONS |
|---|---|---|
| YEAR | BPT | |
| 09/25/2007 to 09/24/2008 | | **OTHER:**<br>05/14/2008 128B INMATE LISKER IS COMMENDED BY HIS SUPERVISOR FOR BEING A TEAM PLAYER, FOLLOWING DIRECTIONS, AND WORKING WELL WITH STAFF AND INMATES.<br>05/28/2008 128B INMATE LISKER DONATED A NON-FICTION BOOK TO THE LIBRARY.<br>07/15/2008 128B INMATE LISKER IS COMMENDED FOR HIS MONETARY SUPPORT OF THE VICTIMS AWARENESS OFFENDER'S PROGRAM 3RD ANNUAL RUN FOR REHABILITATION.<br>08/19/2008 128B INMATE LISKER DONATES 5 BOOKS TO THE FACILITY C LIBRARY. |

Name of Correctional Counselor (Print): D. PATTON

Signed: _____  Date: 10-10-08

Name of Correctional Counselor Supervisor (Print): R. FLETES, CCII

Signed: _____  Date: 10/14/08

Name of C&PR (Print): J. MOLINELLI, C&PR

Signed: _____  Date: 10/15/08

NAME: LISKER, BRUCE

CDC #: D22678

PRISON: Mule Creek State Prison

BPT 1004 (REV. 01/02)   Page 2 of 2   10/10/2008 02:06 P.M.

Ex. C p.000054

BOARD OF PAROLE HEARINGS
LIFE PRISONER: POSTCONVICTION PROGRESS REPORT
STATE OF CALIFORNIA

- [ ] DOCUMENTATION HEARING
- [x] PAROLE CONSIDERATION HEARING
- [ ] PROGRESS HEARING

**INSTRUCTIONS**
TO CDC STAFF: DOCUMENT EACH 12-MONTH PERIOD FROM THE DATE THE LIFE TERM STARTS TO PRESENT
TO BPT STAFF: FOR EACH 12-MONTH INCREMENT APPLY THE GUIDELINES UNDER WHICH THE PAROLE DATE WAS ORIGINALLY ESTABLISHED, i.e., 0-2 MONTHS FOR PBR AND 0-4 MONTHS FOR BPT. SEE BPT §§2290 - 2292, 2410 AND 2439.

| POSTCONVICTION CREDIT | | | REASONS |
|---|---|---|---|
| YEAR | BPT | PBR | |
| 10-18-06 TO PRESENT 09-24-07 | | | Inmate Lisker is appearing before the Board of Parole Hearings for his Life Prisoner Subsequent Parole Consideration Hearing #8. Inmate Lisker was committed to the California Department of Corrections on case # A804566 from Los Angeles County on March 5, 1986 for one count of PC 187, Attempted Murder 2nd with use of a deadly weapon, PC 12022(B). He received a sentence of 15 years to Life plus one year. His current MEPD is February 22, 1994. The following information is provided for the post conviction progress report beginning October 18, 2006 where the last documentation report concluded.<br><br>**PLACEMENT:** Inmate Lisker continues with a positive program at Mule Creek State Prison. **CUSTODY:** Med A, **PS:** 28. **VOCATIONAL TRAINING:** None. **ACADEMICS:** CDC 128 B dated 5/20/07 written by the Correspondence Coordinator indicates that Subject is participating in a Hotel and Restaurant Management course. **WORK RECORD:** Inmate Lisker remains assigned to a Porter position in building #11. CDC 101, Work Supervisor's Report's dated 3/13/07 and 6/11/07 give Subject above average to exceptional grades in his assignment. **GROUP ACTIVITIES:** CDC 128 B dated 1/1/07 written by Diogo C. Babtista, Centering Prayer Group Sponsor indicates that Subject attended 19 out of 19 meetings of the Centering Prayer group available during the 2nd half of 2007. CDC 128 B dated 2/13/07 written by Dr. Randles, Staff Psychologist indicates that Lisker completed a 10 session course in Communication Skills. **PSYCHIATRIC TREATMENT:** CDC 128 C dated 1/11/07 indicates that Subject continues to participate in the MHSDS at the CCCMS level of care. **PRISON BEHAVIOR:** Inmate Lisker remained disciplinary free during this review period. **OTHER:** On 10/25/06 Subject's case was presented in absentia to MCSP facility C UCC for an Annual review. His PS was reduced by 8 points to 28 for two periods of disciplinary free behavior and two periods of above average to exceptional work. He is continued in his present program. On 3/22/07 |

| CORRECTIONAL COUNSELOR SIGNATURE | DATE |
|---|---|
| [signature] | 10-31-07 |

| NAME | CDC NUMBER | INSTITUTION | CALENDAR | HEARING DATE |
|---|---|---|---|---|
| LISKER, BRUCE | D-22678 | MCSP | 03/2008 | SUB |

BPT 1004 (REV. 7/86)

1 of 2

Ex. C p.000055

| POSTCONVICTION CREDIT | | | REASONS |
|---|---|---|---|
| YEAR | BPT | PBR | |
| 10-18-06 TO PRESENT 09-24-07 (cont.) | | | inmate Lisker appeared before the BPH for his Life Prisoner Subsequent Parole Consideration Hearing #7. He is denied parole for one year and placed on the 3/08 calendar for Subsequent Hearing #8. The panel made the following recommendations to Subject; 1) No more 115's or 128 A's, 2) Continue getting self-help, 3) Learn a trade and upgrade if available, 4) Earn positive chronos. In addition, the panel ordered a new psychiatric report prior to the next BPH hearing. On 4/18/07 Subject appeared before MCSP Facility C UCC for a Post Board review. Inmate Lisker is continued in his present program. |

ORDER:
☐ BPT date advanced by _____ Months          ☐ BPT was affirmed without change
☐ PBR date advanced by _____ Months.         ☐ PBR was affirmed without change

SPECIAL CONDITIONS OF PAROLE:
☐ Previously imposed conditions affirmed
☐ Add or modify _____

☐ Schedule for Progress Hearing on appropriate institution calendar.

| NAME | CDC NUMBER | INSTITUTION | CALENDAR | HEARING DATE |
|---|---|---|---|---|
| LISKER, BRUCE | D-22678 | MCSP | 03/2008 | SUB |

BPT 1004 (REV. 7/86)

2 of 2

Ex. C p.000056

# LIFE PRISONER: POSTCONVICTION PROGRESS REPORT
## STATE OF CALIFORNIA

- [ ] DOCUMENTATION HEARING
- [X] PAROLE CONSIDERATION HEARING
- [ ] PROGRESS HEARING

**INSTRUCTIONS**
TO CDC STAFF: DOCUMENT EACH 12-MONTH PERIOD FROM THE DATE THE LIFE TERM STARTS TO PRESENT
TO BPT STAFF: FOR EACH 12-MONTH INCREMENT APPLY THE GUIDELINES UNDER WHICH THE PAROLE DATE WAS ORIGINALLY ESTABLISHED, i.e., 0-2 MONTHS FOR PBR AND 0-4 MONTHS FOR BPT. SEE BPT §§2290 - 2292, 2410 AND 2439.

| YEAR | POSTCONVICTION CREDIT BPT | POSTCONVICTION CREDIT PBR | REASONS |
|---|---|---|---|
| 12-17-05 TO PRESENT 10/17/06 | | | **ADDENDUM**<br><br>Inmate Lisker is appearing before the Board of Prison Terms for his Life Prisoner Subsequent Parole Consideration Hearing #7. Inmate Lisker was committed to the California Department of Corrections on case #A804566 from Los Angeles County on March 5, 1986 for one count of PC 187, Attempted Murder 2nd with use of a deadly weapon, PC 12022(B). He received a sentence of 15 years to Life plus one year. His current MEPD is January 19, 1993. The following information is an addendum to the post conviction progress report dated December 16, 2005 where the last documentation report concluded.<br><br>**Placement:** Inmate Lisker continues with a positive program at Mule Creek State Prison. **Custody:** Med A, **PS:** 28. **Vocational Training:** None. **Academics:** None. **Work Record:** On 1/25/06 Lisker is assigned to a Porter position in building #13. On 2/9/06 he is assigned to the Main Kitchen as a Cook. On 3/14/06 Lisker is assigned to a Porter position in building #11. CDC 101, Work Supervisor's Report's dated 4/14/06 and 6/14/06 gives Subject above average grades in his assignment. **Group Activities:** CDC 128 B dated 7/1/06 written by Diogo C. Babtista, Centering Prayer Group Sponsor indicates that Subject attended 17 out of 17 meetings of the Centering Prayer group available during the 1st quarter of 2006. **Psychiatric Treatment:** CDC 128 C dated 1/19/06 indicates that Subject is placed into the MHSDS at the CCCMS level of care. **Prison Behavior:** Inmate Lisker remained disciplinary free during this review period. **Other:** Inmate Lisker returned from out to court on 1/11/06. On 1/18/06 Subject appeared before MCSP facility C UCC for a Program Review/Return from OTC. He is removed from orientation and placed on the Support Services and Clerk waiting lists. On 1/30/06 Subject's Life Prisoner Subsequent Parole Consideration Hearing is #7 waived pending completion of Federal proceedings and his is placed on the 1/07 calendar for hearing #7. |

| CORRECTIONAL COUNSELOR SIGNATURE | DATE |
|---|---|
| _[signature]_, CCI | 10-31-06 |

| NAME | CDC NUMBER | INSTITUTION | CALENDAR | HEARING DATE |
|---|---|---|---|---|
| LISKER, BRUCE | D-22678 | MCSP | 1-2007 | SUB/ADD |

1004 (REV. 7/86)

1 of 1

12

BOARD OF PAROLE HEARINGS
STATE OF CALIFORNIA
LIFE PRISONER: POSTCONVICTION PROGRESS REPORT

- [ ] DOCUMENTATION HEARING
- [x] PAROLE CONSIDERATION HEARING
- [ ] PROGRESS HEARING

**INSTRUCTIONS**
TO CDC STAFF: DOCUMENT EACH 12-MONTH PERIOD FROM THE DATE THE LIFE TERM STARTS TO PRESENT
TO BPT STAFF: FOR EACH 12-MONTH INCREMENT APPLY THE GUIDELINES UNDER WHICH THE PAROLE DATE WAS ORIGINALLY ESTABLISHED, i.e., 0-2 MONTHS FOR PBR AND 0-4 MONTHS FOR BPT. SEE BPT §§2290 - 2292, 2410 AND 2439.

| POSTCONVICTION CREDIT | | | REASONS |
|---|---|---|---|
| YEAR | BPT | PBR | |
| 5-03-05 to Present (12-07-05) | | | Inmate Lisker is appearing before the Board of Prison Terms for his Subsequent Parole Consideration Hearing #6 tentatively scheduled for July 2005. Inmate Lisker was committed to the California Department of Corrections from Los Angeles County on March 5, 1986 for one count of PC 187 Murder 2nd with use of a deadly weapon, PC 12022 (B). He received a sentence of 15 years to Life plus 1 year. His current MEPD is January 19, 1993. The following information is the post conviction progress report beginning March 6, 2003 where the last documentation report concluded.<br><br>Placement: Inmate Lisker continues with a positive program at Mule Creek State Prison. On 11/21/05 Subject went out to court. He remains out to court as of this date. Custody: Medium A, PS: 28. Vocational Training: None. Academics: None. Work Record: Subject remains assigned as the facility C Food Manager's Clerk. CDC 101's, Work Supervisor's Reports dated 5/11/05 and 8/16/05 both give Subject an overall grade of average to above average in his Clerk assignment. On 11/21/05 Subject was unassigned due to going out to court. Group Activities: CDC 128 B dated 6/1/05 written by Reverend Diogo C. Baptista, Catholic Chaplain indicates that Subject has attended all 360 meetings of the facility C Centering Prayer Group since it's inception in 1998. CDC 128 B dated 6/30/05 written by J. Texeira indicates that Subject has attended 10 out of 12 meetings of the Narcotics Anonymous self-help group. Psychiatric Treatment: Inmate Lisker is a participant the MHSDS at the CCCMS level of care. Prison Behavior: Inmate Lisker has remained disciplinary free since 1/2/01. Other: On 10/26/05 Subject's case was presented in absentia before MCSP facility C UCC for his Annual Review. His PS remains at 28 points and he is continued in his present program. On 11/21/05 Subject was removed from MCSP to go out to court. |

CORRECTIONAL COUNSELOR SIGNATURE: *[signature]*
DATE: 12-16-05

| NAME | CDC NUMBER | INSTITUTION | CALENDAR | HEARING DATE |
|---|---|---|---|---|
| LISKER, BRUCE | D-22678 | MCSP | | ADD |

BPT 1004 (REV. 7/86)
1 of 1

13
Ex. C p.000058

LIFE PRISONER POSTCONVICTION PROGRESS REPORT — STATE OF CALIFORNIA

- [ ] DOCUMENTATION HEARING
- [ ] PAROLE CONSIDERATION HEARING
- [ ] PROGRESS HEARING

**INSTRUCTIONS**
TO CDC STAFF: DOCUMENT EACH 12-MONTH PERIOD FROM THE DATE THE LIFE TERM STARTS TO PRESENT
TO BPT STAFF: FOR EACH 12-MONTH INCREMENT APPLY THE GUIDELINES UNDER WHICH THE PAROLE DATE WAS ORIGINALLY ESTABLISHED, i.e., 0-2 MONTHS FOR PBR AND 0-4 MONTHS FOR BPT. SEE BPT §§2290 - 2292, 2410 AND 2439.

| POSTCONVICTION CREDIT | | | REASONS |
|---|---|---|---|
| YEAR | BPT | PBR | |
| 3-6-03 TO 3-5-04 | | | Inmate Lisker is appearing before the Board of Prison Terms for his Subsequent Parole Consideration Hearing #6 tentatively scheduled for July 2005. Inmate Lisker was committed to the California Department of Corrections from Los Angeles County on March 5, 1986 for one count of PC 187 Murder 2nd with use of a deadly weapon, PC 12022 (B). He received a sentence of 15 years to Life plus 1 year. His current MEPD is January 19, 1993. The following information is the post conviction progress report beginning March 6, 2003 where the last documentation report concluded.<br><br>**Placement:** Inmate Lisker continues with a positive program at Mule Creek State Prison. **Custody:** Medium A, **PS:** 28. **Vocational Training:** None. **Academics:** None. **Work Record:** Subject remains assigned as a facility C Dietary Cook. CDC 101's, Work Supervisor's Reports dated 4/7/03, 7/17/03, and 10/8/03 all give Subject above average to exceptional in his Dietary Cook and Clerk assignments. On 7/31/03 Subject is assigned to the facility C Main Kitchen Food Manager's Clerk position where he remains today. **Group Activities:** CDC 128 B dated April 25, 2003 indicates that Subject consistently attended weekly meetings of the Narcotics Anonymous group from January 1, 2003 through March 31, 2003. He attended 8 out of 9 available meetings. CDC 128 B dated 5/19/03 commends Subject for his participation as a Co-facilitator in the Mule Creek State Prison Juvenile Diversion Program. CDC 128 B dated July 1, 2003 indicates that Subject consistently attended weekly meetings of the Narcotics Anonymous group from April 1, 2003 through June 30, 2003. He attended 9 out of 9 available meetings. CDC 128 B dated July 1, 2003 indicates that Subject is a member of the C Facility Centering Prayer Group. The sponsor states that Lisker attended 21 out of 21 meetings from January 1, 2003 through July 1, 2003. CDC 128 B dated October 1, 2003 indicates that Subject consistently attended weekly meetings of the Narcotics Anonymous group from July 1, 2003 through September 30, 2003. He attended 11 out of 13 available meetings. CDC 128 B dated January 1, 2004 indicates that Subject is a member of the C Facility Centering Prayer Group. The sponsor states that Lisker attended 15 out of 16 meetings held from July 1, 2003 through January 1, 2004. CDC 128 B dated January 2, 2004 indicates that Subject consistently attended weekly meetings of the Narcotics Anonymous |

| CORRECTIONAL COUNSELOR SIGNATURE | DATE |
|---|---|
| [signature] | 5-2-05 |

| NAME | CDC NUMBER | INSTITUTION | CALENDAR | HEARING DATE |
|---|---|---|---|---|
| LISKER, BRUCE | D-22678 | MCSP | 7-2005 | SUB |

BPT 1004 (REV. 7/86)

1 of 3

14

| POSTCONVICTION CREDIT | | | REASONS |
|---|---|---|---|
| YEAR | BPT | PBR | |
| 3-6-03 TO 3-5-04 CONT'D. | | | group from October 1, 2003 through December 31, 2003. He attended 8 out of 9 available meetings. **Psychiatric Treatment**: None. **Prison Behavior:** Inmate Lisker has remained disciplinary free since 1/2/01. **Other:** On 7/1/03 inmate Lisker appeared before the BPT for his Life Prisoner Subsequent Parole Consideration Hearing #5. He is denied parole for two years and is placed on the 7/05 calendar for Subsequent Hearing #6. The panel made no recommendations to Subject. The panel did order a new psychiatric report prior to the next BPT hearing. On 7/8/03 Subject appeared before MCSP Facility C UCC for a Post Board review. Inmate Lisker is continued in his present program. On 7/30/03 Subject's case was presented in absentia to facility C UCC. Subject is direct assigned the Main Kitchen Clerk position. On 10/10/03 Subject's case was presented in absentia to MCSP facility C UCC for an Annual review. His PS was reduced by 8 points to 28 for two periods of disciplinary free behavior and two periods of above average to exceptional work. He is continued in his present program. |
| 3-6-04 to 3-5-05 | | | **Placement:** Inmate Lisker continues with a positive program at Mule Creek State Prison. **Custody:** Medium A, **PS:** 28. **Vocational Training:** None. **Academics:** None. **Work Record:** Subject remains assigned as the facility C Main Kitchen Clerk. CDC 101, Work Supervisor's Report dated 6/2/04 give Subject above average in his Clerk assignment. The supervisor states that Subject is a very good worker and helps out in other areas. **Group Activities:** CDC 128 B dated 3/31/04 indicates that Subject consistently attended weekly meetings of the Narcotics Anonymous group from January 1, 2004 through March 31, 2004. The chrono indicates that Subject attended 11 out of 12 meetings. CDC 128 B dated 6/30/04 indicates that Subject consistently attended weekly meetings of the Narcotics Anonymous group from April 1, 2004 through June 30, 2004. The chrono indicates that Subject attended 7 out of 10 meetings. CDC 128 B dated 9/30/04 indicates that Subject consistently attended weekly meetings of the Narcotics Anonymous group from July 1, 2004 through September 30, 2004. The chrono indicates that Subject attended 10 out of 10 meetings. CDC 128 B dated December 31, 2004 indicates that |

ORDER:
☐ BPT date advanced by _____ Months    ☐ BPT was affirmed without change
☐ PBR date advanced by _____ Months.   ☐ PBR was affirmed without change

SPECIAL CONDITIONS OF PAROLE:
☐ Previously imposed conditions affirmed
☐ Add or modify _____

☐ Schedule for Progress Hearing on appropriate institution calendar.

| NAME | CDC NUMBER | INSTITUTION | CALENDAR | HEARING DATE |
|---|---|---|---|---|
| LISKER, BRUCE | D-22678 | MCSP | 7-2005 | SUB |

BPT 1004 (REV. 7/86)

2 of 3

15

Ex. C p.000060

STATE OF CALIFORNIA
CONTINUATION SHEET: LIFE PRISONER: POSTCONVICTION PROGRESS REPORT

| POSTCONVICTION CREDIT | | | REASONS |
|---|---|---|---|
| YEAR | BPT | PBR | |
| 3-6-04 TO 3-5-05 CONT'D | | | Subject consistently attended weekly meetings of the Narcotics Anonymous group from October 1, 2004 through December 31, 2004. The chrono indicates that Subject attended 7 out of 8 meetings. CDC 128 B dated 1/1/05 indicates that Subject is a member of the C Facility Centering Prayer Group. The sponsor states that Lisker attended 18 out of 18 meetings from July 1, 2004 through January 1, 2005. **Psychiatric Treatment**: On May 6, 2004 inmate Lisker is placed into the Mental Health Delivery System at the CCCMS level of care. Inclusion is for medical necessity. **Prison Behavior**: Inmate Lisker has remained disciplinary free since 1/2/01. **Other**: On 9/20/04 Subject's case was presented in absentia to MCSP facility C UCC for an Annual review. His PS was reduced by 8 points and remains at 28 for two periods of disciplinary free behavior and two periods of above average to exceptional work. He is continued in his present program. On 12/21/04 Subject appeared before MCSP facility C UCC for a program review. Subject's case is referred to the CSR with a recommendation to transfer due to the conversion of facility C to SNY. He is continued in his present program pending transfer. On 1/27/05 Subject appeared before MCSP facility C UCC at which time the previous UCC action is rescinded and his case is referred to the CSR with a recommendation to retain at MCSP for SNY. On 2/26/05 Subject is endorsed for retention at MCSP for sensitive needs placement. |
| 3-6-05 TO PRESENT | | | **Placement:** Inmate Lisker continues with a positive program at Mule Creek State Prison. **Custody:** Medium A, **PS:** 28. **Vocational Training:** None. **Academics:** None. **Work Record**: Subject remains assigned as the facility C Food Manager's Clerk. No current work reports are available at this time. **Group Activities**: None. **Psychiatric Treatment:** Inmate Lisker remains in the CCCMS level of care. **Prison Behavior:** Inmate Lisker has remained disciplinary free since 1/2/01. **Other:** Clear. |

**ORDER:**
☐ BPT date advanced by _____ Months            ☐ BPT was affirmed without change
☐ PBR date advanced by _____ Months.           ☐ PBR was affirmed without change

**SPECIAL CONDITIONS OF PAROLE:**
☐ Previously imposed conditions affirmed
☐ Add or modify _____

☐ Schedule for Progress Hearing on appropriate institution calendar.

| NAME | CDC NUMBER | INSTITUTION | CALENDAR | HEARING DATE |
|---|---|---|---|---|
| LISKER, BRUCE | D-22678 | MCSP | 7-2005 | SUB |

BPT 1004 (REV. 7/86)

3 of 3    16

Ex. C p.000061

BOARD OF PRISON TERMS  
STATE OF CALIFORNIA

# LIFE PRISONER: POSTCONVICTION PROGRESS REPORT

- [ ] DOCUMENTATION HEARING
- [ ] PAROLE CONSIDERATION HEARING
- [ ] PROGRESS HEARING

**INSTRUCTIONS**

TO CDC STAFF: DOCUMENT EACH 12-MONTH PERIOD FROM THE DATE THE LIFE TERM STARTS TO PRESENT.
TO BPT STAFF: FOR EACH 12-MONTH INCREMENT APPLY THE GUIDELINES UNDER WHICH THE PAROLE DATE WAS ORIGINALLY ESTABLISHED, i.e., 0-2 MONTHS FOR PBR AND 0-4 MONTHS FOR BPT. SEE BPT §§2290 - 2292, 2410 AND 2439.

| YEAR | POSTCONVICTION CREDIT | | REASONS |
|---|---|---|---|
| | BPT | PBR | |
| 02-02-01 to 02-02-02 | | | Inmate Lisker is appearing before the Board of Prison Terms for his Subsequent Parole Consideration Hearing #5 tentatively scheduled for May 2003. Inmate Lisker was committed to the California Department of Corrections from Los Angeles County on March 5, 1986 for one count of PC 187 Murder 2nd with use of a deadly weapon, PC 12022 (B). He received a sentence of 15 years to Life plus 1 year. His current MEPD is January 19, 1993. The following information is the post conviction progress report beginning February 2, 2001 where the last documentation report concluded. <br><br> **Placement:** Inmate Lisker continues with a positive program at Mule Creek State Prison. **Custody:** Medium A, **CS:** 0. **Vocational Training:** None. **Academics:** None. **Work Record:** Subject remains assigned as a 3rd watch Dorm Porter. CDC 101's, Work Supervisor's Reports dated 3/30/01, 6/30/01, 9/30/01, and 12/30/01 all give Subject average to exceptional in his janitorial assignment. |

CORRECTIONAL COUNSELOR SIGNATURE  
NAME / CDC NUMBER / INSTITUTION / CALENDAR / HEARING DATE  
DATE: 3-6-03

LISKER, BRUCE         B-22678                    MCSP       SUB 5/2003

BPT 1004 (REV 7/86)                    PAGE 1 of ___ 17

Ex. C p.000062

| POSTCONVICTION CREDIT | | | REASONS |
|---|---|---|---|
| YEAR | BPT | PBR | |
| 02-02-01 to 02-01-02 cont. | | | **Group Activities:** CDC 128 B dated 3/14/01 indicates that Subject consistently attended weekly meetings of the "One day at a time" Narcotics Anonymous group from September 2000 through March 2001. CDC 128 B dated 3/28/01 commends Subject for his voluntary participation in the "Emotional Literacy" course entitled "Houses of Healing." CDC 128 B dated 7/25/01 indicates that Subject is a member of the C Facility Centering Prayer Group. The sponsor states that Lisker attended 9 out of 10 meetings from April 2001 through July 2001. CDC 128 B dated 8/8/01 commends Subject for his participation in the on going Arts in Corrections Creative Writing class from 1/1/01 through 6/30/01. CDC 128 B dated 9/11/01 indicates that Subject consistently attended weekly meetings of the "One day at a time" Narcotics Anonymous group from March 2001 through September 2001. CDC 128 B dated 10/11/01 commends Subject for his voluntary participation in the course entitled "The Four Agreements." This a component of the MCSP "Stay Out of Prison" program. CDC 128 B dated 1/2/02 indicates that Subject is a member of the C Facility Centering Prayer Group. The sponsor states that Lisker attended 18 out of 18 meetings from July 2001 through January 2002. **Psychiatric Treatment:** None. **Prison Behavior:** Inmate Lisker has remained disciplinary free since 1/2/01. |

ORDER:

☐ BPT date advanced by _____ months.     ☐ BPT date affirmed without change.
☐ PBR date advanced by _____ months.     ☐ PBR date affirmed without change.

SPECIAL CONDITIONS OF PAROLE:

☐ Previously imposed conditions affirmed.
☐ Add or modify _____

☐ Schedule for Progress Hearing on appropriate institutional calendar.

| NAME | CDC NUMBER | INSTITUTION | CALENDAR | HEARING DATE |
|---|---|---|---|---|
| LISKER, BRUCE | B-22678 | | MCSP | SUB 5/2003 |

1004 (REV 7 86)        PAGE ____ of ____ 18        PERMANENT ADDENDA

Ex. C p.000063

| POSTCONVICTION CREDIT | | | |
|---|---|---|---|
| YEAR | BPT | PBR | REASONS |
| 02-02-01 to 02-01-02 cont. | | | **Other:** On 5/31/01 inmate Lisker appeared before the BPT for his Life Prisoner Subsequent Parole Consideration Hearing #4. He is denied parole for two years and is placed on the 5/03 calendar for Subsequent Hearing #5. The panel recommend that Subject become and remain disciplinary free and participate in self help programs. On 6/6/01 Subject appeared before MCSP Facility C UCC for a Post Board review. Inmate Lisker is continued in his present program. On 10/3/01 Subject's case was presented in absentia to MCSP facility C UCC for an Annual review. His CS was reduced by 6 points to remain at 0 for one period of disciplinary free behavior and two periods of above average to exceptional work. He is continued in his present program. |
| 02-02-02 to 02-01-03 | | | **Placement:** Inmate Lisker continues with a positive program at Mule Creek State Prison. **Custody:** Medium A, **PS:** Increased from 0 to 28 based on revised classification scoring system. This is an non-adverse action and should not be regarded as such. **Vocational Training:** None. **Academics:** None. **Work Record:** Subject remains assigned as a 3rd watch Dorm Porter. CDC 101's, Work Supervisor's Reports dated 3/30/02, 6/2/02, and 6/27/02 all give Subject average to exceptional in his janitorial assignment. The supervisor states that Subject is a very good worker. On 6/28/02 Subject is assigned to the Supervising Cook II's Clerk position in the culinary. CDC 101's, Work Supervisor's Reports dated 9/11/02, and 9/18/02 both give Subject above average in his Clerk position. On 1/23/03 Subject is assigned to the Facility C Dietary Cook position. No current work reports are available at this time. |

ORDER:

☐ BPT date advanced by _____ months.    ☐ BPT date affirmed without change.
☐ PBR date advanced by _____ months.    ☐ PBR date affirmed without change.

SPECIAL CONDITIONS OF PAROLE:

☐ Previously imposed conditions affirmed.
☐ Add or modify _____

☐ Schedule for Progress Hearing on appropriate institutional calendar.

NAME                CDC NUMBER        INSTITUTION            CALENDAR         HEARING DATE

LISKER, BRUCE          B-22678                              MCSP            SUB 5/2003
1004 (REV 7/86)
                       PAGE ___ of ___ 19                                   PERMANENT ADDENDA
                       Ex. C p.000064

| POSTCONVICTION CREDIT | | | REASONS |
|---|---|---|---|
| YEAR | BPT | PBR | |
| 02-02-02 to 02-01-03 cont. | | | **Group Activities:** CDC 128 B dated 3/6/02 indicates that Subject consistently attended weekly meetings of the "One day at a time" Narcotics Anonymous group from September 2001 through March 2002. The chrono indicates that Subject attended 17 out of 26 meetings. CDC 128 B dated 7/22/02 indicates that Subject is a member of the C Facility Centering Prayer Group. The sponsor states that Lisker attended 20 out of 20 meetings from January 2002 through July 2002. CDC 128 B dated 1/1/03 indicates that Subject is a member of the C Facility Centering Prayer Group. The sponsor states that Lisker attended 18 out of 18 meetings from July 2002 through January 2003. **Psychiatric Treatment:** None. **Prison Behavior:** Inmate Lisker has remained disciplinary free since 1/2/01. **Other:** On 6/25/02 inmate Lisker's case was presented in absentia to MCSP facility C UCC for a Program review. Lisker is placed on the Facility C Clerk waiting list after having passed the typing test. On 10/23/021 Subject's case was presented in absentia to MCSP facility C UCC for an Annual review. His CS was reduced by 8 points for two periods of disciplinary free behavior and two periods of above average to exceptional work. The revised classification scoring system gives Subject a mandatory minimum score of 28 points. He is continued in his present program. |

ORDER:

☐ BPT date advanced by _____ months.          ☐ BPT date affirmed without change.
☐ PBR date advanced by _____ months.          ☐ PBR date affirmed without change.

SPECIAL CONDITIONS OF PAROLE:

☐ Previously imposed conditions affirmed.
☐ Add or modify _____

☐ Schedule for Progress Hearing on appropriate institutional calendar.

| NAME | CDC NUMBER | INSTITUTION | CALENDAR | HEARING DATE |
|---|---|---|---|---|
| LISKER, BRUCE | B-22678 | MCSP | SUB 5/2003 | |

1004 (REV 7 86)            PAGE ____ of ____                                PERMANENT ADDENDA

Ex. C p.0000065  20

| POSTCONVICTION CREDIT | | | REASONS |
|---|---|---|---|
| YEAR | BPT | PBR | |
| 02-02-03 to Present | | | **2-2-03 to Present** <br> <u>Placement:</u> Inmate Lisker continues with a positive program at Mule Creek State Prison. <u>Custody:</u> Medium A, <u>PS:</u> 28. <u>Vocational Training:</u> None. <u>Academics:</u> None. <u>Work Record:</u> Subject remains assigned as the Facility C Dietary Cook. No current work reports are available at this time. <u>Group Activities:</u> None. <u>Psychiatric Treatment:</u> None. <u>Prison Behavior:</u> Inmate Lisker has remained disciplinary free since 1/2/01. <u>Other:</u> Clear. |

ORDER:

☐ BPT date advanced by _____ months.  ☐ BPT date affirmed without change.
☐ PBR date advanced by _____ months.  ☐ PBR date affirmed without change.

SPECIAL CONDITIONS OF PAROLE:

☐ Previously imposed conditions affirmed.
☐ Add or modify _____

☐ Schedule for Progress Hearing on appropriate institutional calendar.

| NAME | CDC NUMBER | INSTITUTION | CALENDAR | HEARING DATE |
|---|---|---|---|---|
| LISKER, BRUCE | B-22678 | MCSP | SUB 5/2003 | |

1004 (REV 7 85)

PAGE ___ of ___ 21

Ex. C p.000066

PERMANENT ADDENDA