| | | |
|---|---|---|
| Prisoner # D-22678<br>Mule Creek State Prison C-11-169-U<br>P.O. Box 409060<br>Ione, California 95640-9060<br>www.FreeBruce.org | # Bruce Eliot Lisker | 17130 Burbank Boulevard, Suite 302<br>Encino, California 91316-1835<br>818-789-2535<br>BruceLisker@aol.com |

| Objectives: | • Computer Programmer / Systems Analyst | • Fundraising / Philanthropy |
|---|---|---|
| | • Computer "Help Desk" | • Youth Speaker / Juvenile Diversion |
| | • Legal Assistant / Paralegal | • Hotel & Restaurant Management |

## Job Experience

**May 2008 to Present** — **Recreational Library Clerk, Database Mgmt (MS Office® including MS Access®)**
*"C" Facility Library, Mule Creek State Prison, Ione, CA*
    Maintain a catalog of 7,600+ recreational reading books in all genres
    Design and generate numerous statistical reports relating to Library usage

**July 2003 to Nov 2005** — **Main Kitchen Clerk, Database Management (MS Office® including MS Access®)**
*Food Services Department, Mule Creek State Prison, Ione, CA*
    Coded, maintained Food Services databases, generating Weekly Menus and Daily Meal Sample Reports
    Produced CDC 954 Procurement Orders totaling more than $3M annually
    Consistently met or exceeded supervisory goals

**July 1995 to Nov 1999** — **Educational Clerk, Database Management (MS Office® including MS Access®)**
*Education Department, Mule Creek State Prison, Ione, CA*
    Applied knowledge of computer systems to maintain school computer software
    Consistently met or exceeded supervisory goals

**1976 to 1980** — **Shipping & Receiving Clerk (Part-Time)**
*Optical Print Services, Inc., Hollywood, CA*
    Assisted the Senior Vice-President in executing all shipping and receiving tasks, including overseeing the movement of film canisters to and from on-site storage, and vaults located at Warner, Paramount, and Universal Studios.

## Education

**Hotel & Restaurant Management Course (2007)**
*Stratford Career Institute, Champlain, New York*

**Legal Assistant / Paralegal Course (1999)**
*Blackstone School of Law, Dallas, Texas*

**Computer Programmer (Certified by State of California) (1995)**
*Creekside Adult School, Ione, California*