**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE LISKER,<br><br>        Petitioner,<br><br>  vs.<br><br>MICHAEL KNOWLES, Warden,<br><br>        Respondent. | CASE NO. CV 04-02687 VAP (RZ)<br><br>JUDGMENT |

      This matter came before the Court on the Second Amended Petition of BRUCE LISKER for a writ of habeas corpus. Having reviewed the Second Amended Petition and supporting and opposing papers, and having accepted the First and Second Reports and Recommendations of the United States Magistrate Judge,

      IT IS ORDERED AND ADJUDGED that the Second Amended Petition for Writ of Habeas Corpus is denied as to its first claim for relief.

      IT IS FURTHER ORDERED AND ADJUDGED that the Second Amended Petition is conditionally granted as to its second, third and fourth claims. A writ of habeas corpus shall issue, if, within one hundred and twenty (120) days from the date this

///

///

///

Judgment becomes final, or 120 days after appellate proceedings have concluded (whichever is later), the State court does not grant Petitioner a new trial.

DATED: August 6, 2009

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE