EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
PAMELA C. HAMANAKA
Senior Assistant Attorney General
SCOTT A. TARYLE
Supervising Deputy Attorney General
ROBERT DAVID BRETON
Deputy Attorney General
State Bar No. 73686
　300 South Spring Street, Suite 1702
　Los Angeles, CA  90013
　Telephone: (213) 897-2279
　Fax: (213) 897-6496
　Email: DocketingLAAWT@doj.ca.gov
Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRUCE E. LISKER,**<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>**MICHAEL KNOWLES, Warden,**<br><br>　　　　　　　Respondent. | CV 04-02687-VAP (RZ)<br><br>**NOTICE OF NO APPEAL**<br><br>Hon. Virginia A. Phillips<br>U.S. District Judge |

Respondent hereby notifies this Court that no appeal from the judgment will be sought in this case.

　　　　　　　　　　　　　　　　　EDMUND G. BROWN JR.
　　　　　　　　　　　　　　　　　Attorney General of the State of California
　　　　　　　　　　　　　　　　　DANE R. GILLETTE
　　　　　　　　　　　　　　　　　Chief Assistant Attorney General
　　　　　　　　　　　　　　　　　PAMELA C. HAMANAKA
　　　　　　　　　　　　　　　　　Senior Assistant Attorney General
　　　　　　　　　　　　　　　　　SCOTT A. TARYLE
　　　　　　　　　　　　　　　　　Supervising Deputy Attorney General


　　　　　　　　　　　　　　　　　 /s/   Robert David Breton
　　　　　　　　　　　　　　　　　ROBERT DAVID BRETON

LA2004FH0213

# CERTIFICATE OF SERVICE

Case Name:  **Bruce E. Lisker v. Michael Knowles, Warden**          No.  CV 04-2687-VAP (RZ)

I hereby certify that on <u>August 20, 2009</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF NO APPEAL**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>August 20, 2009</u>, at Los Angeles, California.

|  |  |
|---|---|
| Lily Hood<br>Declarant | *Lily Hood*<br>Signature |

LA2004FH0213
60450494.doc